E-FILED
Wednesday, 08 March, 2006 05:13:47 PM
Clerk, U.S. District Court, ILCD

MAR 0 7 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

\* <u>Old letter</u>

Dear Clerk,

Enclosed please find a check for $9.85 in compliance with the court's "prepayment order" issued on Feb. 1, 2006 in case No. 06-3020. Thank you.

Sincerely,
Michael Thomas

\* <u>New letter</u>

Clerk,

This letter was returned to me because I did not have sufficient funds to pay the $9.85 that the court ordered me to pay. I just received the request back today (3-2-06)

Please take notice that I also sent two (2) motions showing the court that I did not have the money. I owe more than $150.00 so I don't have the money. Sorry but when I do get it I'll send it. Thank you.

Sincerely,
Michael Thomas

**REQUEST FOR PAYMENT**  STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS   Date: 2-8-06

Name (print): Michael Thomas    I.D. No.: B71744    Housing Unit: NCH-8-09

Please pay to: U.S. District Court
Address: 600 E. Monroe St.
City: Springfield  State: IL  Zip: 62701

The sum of $9.85 dollars and ____ cents
and charge to my account, for Case No. 06-3020 as instructed by the court's recent order

☐ APPROVED
☐ NOT APPROVED

Inmate Signature: Michael Thomas  ID No. B71744
Assistant Warden/Superintendent/Designee
Witness: Lt M Johnson 3143

**REQUEST FOR PAYMENT OF POSTAGE**
I hereby request and authorize payment of postage for the attached mail.
_____
Inmate Signature
ID No. _____

**FOR TRUST FUND USE ONLY**
Trust Fund Balance $_____
Less amount of payment $_____
Own balance after payment $_____
Check No. _____  Date _____
Business Office

*Insufficient Funds* (stamp)

**REQUEST FOR PAYMENT OF POSTAGE**
Postage requested in the amount of _____ dollars _____ cents
☐ Postage Paid

**FOR JUVENILE DIVISION USE ONLY**
Received by: _____ (Staff) _____ Date
Received by: _____ (Youth) _____ Date

DC 823 (09/91)                                                    IL 426-0207