E-FILED
Monday, 17 April, 2006 11:48:07 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# AT URBANA
# VIDEO WRIT

| CASE NAME:<br><br>THOMAS v LAW, et al | CASE NO.<br><br>06-3020 | Beginning Date of Hearing:<br><br>May 1, 2006 | Type of Hearing:<br><br>Rule 16 hearing<br><br>Length of Hearing:<br>1 hour |
|---|---|---|---|

**TO: THE WARDEN OF PONTIAC CORRECTIONAL CENTER, PONTIAC, IL**

WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility, to appear in the above proceeding before the HONORABLE HAROLD A. BAKER, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

## PERSONS TO APPEAR BY VIDEO
## ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Michael Thomas (Plaintiff) | B71744 | Pontiac Correctional Center | May 1, 2006 | 9:30 am to 10:30 am |
| Judge Harold A. Baker | N/A | Courtroom "B", U.S. Courthouse, Urbana, IL | May 1, 2006 | 9:30 am to 10:30 am |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Dated: April 17, 2006

s/John M. Waters
JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: s/M. Stewart
   DEPUTY CLERK

Format and wording approved by IDOC Legal Counsel 2/11/98