# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# AT URBANA
# VIDEO WRIT

| CASE NAME:<br><br>Thomas v. Law, et al. | CASE NO.<br><br>06-3020 | Beginning Date of Trial:<br><br>2/8/07 | Type of Trial:<br><br>Rule 16<br><br>Length of Trial:<br>1 day |
|---|---|---|---|

TO: THE WARDEN OF Stateville Correctional Center, Joliet, Illinois

WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility, to appear in the above proceeding before the HONORABLE HAROLD A. BAKER, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

## PERSONS TO APPEAR BY VIDEO
## ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Michael Thomas | B-71744 | Stateville Correctional Center | 2/8/07 | 1:30 p.m. |
| Carrie Kinsella Defendants' Counsel | N/A | Concordia | 2/8/07 | 1:30 p.m. |
| Judge Harold A. Baker | N/A | U.S. Courthouse Urbana, Illinois | 2/8/07 | 1:30 p.m. |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Dated: February 2, 2007

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY:   s/ C. Cathcart
      DEPUTY CLERK

Format and wording approved by IDOC Legal Counsel 2/11/98