E-FILED
Monday, 05 February, 2007  11:50:41 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| Michael Thomas, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   06-3020 |
| | ) | |
| Lt. Law, Lt. Marty Winston, | ) | |
| Correctional Officer Kevin Rigg, | ) | |
| Lt. John Doe, | ) | |
| Correctional Officer John Doe #1, | ) | |
| Correctional Officer John Doe #2, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' RESPONSE TO CASE MANAGEMENT ORDER #1

NOW COME the Defendants, BRYON LAW, MARTY WINSTON, and KEVIN RIGG, by and through their attorney, Illinois Attorney General Lisa Madigan, and hereby respond to Case Management Order #1 as follows:

1. At the hearing on January 26, 2007, the Court directed the undersigned to inquire as to the names of the correctional employees who accompanied plaintiff on his medical furlough on 10/25/04 and who transported plaintiff to Pontiac Correctional Center on 3/20/05.

2. On 10/25/04, plaintiff was accompanied on medical furlough by Jeff Zeeck, Kent Johnson and John Hamilton.

3. On 3/20/05, Lt. Mark Haubrich and C/O Willie Hedden transported plaintiff to Pontiac Correctional Center.

4. All five individuals listed in paragraphs 2 and 3 above are still employed at Western Illinois Correctional Center.

> Respectfully submitted,
>
> BRYON LAW, MARTY WINSTON, and KEVIN RIGG,
>
> Defendants,
>
> LISA MADIGAN, Attorney General
> State of Illinois,
>
> Attorney for Defendants,
>
> By: s/Christopher L. Higgerson
> Christopher L. Higgerson, #6256085
> Attorney for Defendants
> Assistant Attorney General
> 500 South Second Street
> Springfield, IL  62706
> Telephone:  (217) 557-0261
> Facsimile:  (217) 524-5091
> E-Mail:  chiggerson@atg.state.il.us

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| Michael Thomas, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No.   06-3020 |
| | ) |
| Lt. Law, Lt. Marty Winston, | ) |
| Correctional Officer Kevin Rigg, | ) |
| Lt. John Doe, | ) |
| Correctional Officer John Doe #1, | ) |
| Correctional Officer John Doe #2, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2007, I electronically filed Defendants' Response to Case Management Order #1 with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that on February 5, 2007, I mailed by United States Postal Service, the document to the following non-registered participant:

Michael Thomas, B-71744
Stateville Correctional Center
Route 53
PO Box 112
Joliet, IL 60434

Respectfully submitted,
By: s/Christopher L. Higgerson
Christopher L. Higgerson, #6256085
Attorney for Defendants
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 557-0261
Facsimile:  (217) 524-5091
E-Mail:  chiggerson@atg.state.il.us