E-FILED
Friday, 09 February, 2007  09:26:54 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

MICHAEL THOMAS,

    PLAINTIFF,

vs.                                    06-3020

BRYON LAW,  MARTY WINSTON,
KEVIN RIGG, et al.  (Unknown Does),

    DEFENDANTS.

CASE MANAGEMENT ORDER #2

    This case was before the court on February 8, 2007, by video conference.  The plaintiff appeared pro se.  The defendants appeared through Christopher Higgerson, IAAG.  Counsel for the defendants has supplied the names of Jeff Zeeck, Kent Johnson, and John Hamilton as accompanying plaintiff on medical furlough on October 25, 2004.  He supplied the names Lt. Mark Haubrich and c/o Willie Hedden as transporting plaintiff to Pontiac Correctional Center on March 20, 2005.

    On the plaintiff's oral motion these persons are added as parties defendant to the suit and the clerk is directed to send process and waivers of service to those defendants at the Western Illinois Correctional Center.

    Enter this  9th  day of February 2007.

**s\Harold A. Baker**

S/HAROLD A. BAKER
Harold A. Baker
United States District Judge