E-FILED
Friday, 30 March, 2007   10:31:13 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MICHAEL THOMAS, | ) |
| Plaintiff, | ) |
| v. | ) No.   06-3020 |
| LT. LAW, et al., | ) |
| Defendants. | ) |

### MOTION TO SUBSTITUTE COUNSEL

NOW COME the Defendants, MARK HAUBRICH, JOHN HAMILTON, WILLIE HEDDEN, KENT JOHNSON, BRYON LAW, KEVIN RIGG, MARTY WINSTON, and JEFF ZEECK, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and for their Motion to Substitute Counsel, state as follows:

1. The above-referenced case has been reassigned to Assistant Attorney General Jacob H. Smith. Assistant Attorney General Carrie Kinsella is no longer assigned to represent the Defendants in this matter.

2. It is requested that Assistant Attorney General Carrie Kinsella be removed as counsel for Defendants.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request this Court allow the substitution of Assistant Attorney General Jacob H. Smith for

1

Assistant Attorney General Carrie Kinsella, and that Assistant Attorney General Carrie Kinsella be removed as counsel for Defendants in this matter.

        Respectfully submitted,

        MARK HAUBRICH, JOHN HAMILTON, WILLIE HEDDEN, KENT JOHNSON, BRYON LAW, KEVIN RIGG, MARTY WINSTON, and JEFF ZEECK,

           Defendants,

        LISA MADIGAN, Attorney General,
        State of Illinois,

           Attorney for Defendants,

BY:    s/Jacob H. Smith
        Jacob H. Smith, #6290790
        Assistant Attorney General
        500 South Second Street
        Springfield, IL  62706
        Telephone:  (217) 782-9014
        Facsimile:  (217) 524-5091
        jsmith@atg.state.il.us

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 30, 2007, I electronically filed the foregoing Motion to Substitute Counsel with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    none

and I hereby certify that on March 30, 2007, I mailed by United States Postal Service, the document to the following non-registered participants:

    Michael Thomas, #B-71744
    Stateville Correctional Center
    P.O. Box 112
    Joliet, IL 60434

                      Respectfully submitted,

                      s/Jacob H. Smith
                      Jacob H. Smith, #6290790
                      Assistant Attorney General
                      500 South Second Street
                      Springfield, IL  62706
                      Telephone:  (217) 782-9014
                      Facsimile:  (217) 524-5091
                      jsmith@atg.state.il.us