FILED
APR - 3 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

E-FILED
Tuesday, 03 April, 2007 02:53:39 PM
Clerk, U.S. District Court, ILCD

Dear                                                  March 28, 2006

United States District Court,

Hello Clerk. My name is Mike Thomas. I am the plaintiff, pro se, in case No. 06-3020 before the Honorable Harold A. Baker.

Enclosed please find a motion to compel discovery pursuant to Rule 37 of the Federal Rules of Civil Procedure. Also enclosed is a motion for Extension of Time and a motion for postponement of dispositive motions. These motions were filed due to defendants not producing requested documents per Rule 34 of FRCP.

I ask that the court excuse these documents for not being on normal size paper but as the court is aware of, I am a pro se litigant, and I am also indigent. Because of my indigent status, I can only use paper that I am provided with. I hope that the court will excuse me and accept the foregoing documents.

Thank you kindly.

Sincerely,

Mike Thomas