United States District Court Central District of Illinois For The Springfield Division

Michael Thomas,        )
Plaintiff              )
                       )
                       ) Case No. 06-3020
    v.                 )
                       )
Bryon Law, et al.,     )
Defendants             )

Motion for Extension of Time for Discovery Due to Plaintiff's recent Motion to Compel and Motion for Extension of Time or postponement for Any Dispositive Motions for plaintiff or Defendants

Now come plaintiff, Michael Thomas, acting pro se, and requesting that this Honorable United States District Court for the Central District of Illinois, Springfield Division, to allow and grant plaintiff's Motion for Extension of time for Discovery and postponement for any possible dispositive motions, due to plaintiff's recent motion to compel Defendants to produce documentation that is relevant to the claims before the court, which is also being filed simultaneously with this joint motion for Extension of time for Discovery and postponement of dispositive motions. In support of this motion for Extension of time for Discovery and dispositive motions, plaintiff states as follow:

1) On January 26, 2007 this Honorable court entered a case management order and scheduling per Rule 16 of the Federal Rules of civil Procedure.

1)

2) In the courts order from January 26, 2007, the court stated that all discovery shall close on or about March 31, 2007 which was approximately two(2) months for all discovery.

3) The Court further stated in it's January 26, 2007 order that case dispositive motions must be filed on or before May 31, 2007.

4) Shortly after receiving the court's order, plaintiff sought and made a request for production of documents with Defendants attorney on or about February 8, 2007.

5) Plaintiff also surrendered a voluntary production of documents that he had in his possession, for this litigation, and for Defendants use and inspection which totaled several hundred documents. (see copy of that voluntary production of documents by plaintiff to Defendants on 3-6-07 which is attached to this motion.

6) On March 8, 2007 Defendants responded to plaintiff's request for production of documents directed to them by plaintiff on 2-8-07. In Defendants response, Defendants objected to nearly all of the requested documents and only produced a few documents, most of which were already in plaintiff's possession and had in fact been used as exhibits in plaintiff's original complaint or simply were irrelevant to plaintiff's request. Defendants response was similitude in nature to ancient Chinese autocracy.

7) Because Defendants did not produce those requested documents, plaintiff had to file a motion to compel Defendants to produce such, with this Honorable

2)

court, which is being filed simultaneously with this Motion to enlarge discovery deadlines and deadlines for any possible dispositive motions.

8) Defendants also waited to March 8, 2007 (which was received by plaintiff on 3-12-07) to file their response when Defendants objected to all or majority of the requests anyhow. This was done to delay discovery and to cripple plaintiff from being able to properly produce sufficient evidence for any possible dispositive motions, and to deny plaintiff of information that could possibly lead to the discovery of other relevant evidence, witnesses or information.

9) Plaintiff was not provided with basically anything from Defendants and discovery was for only or about 60 days which Defendants knew from this courts "Case Management Order #1" entered on Friday, January 26, 2007, and Defendants took advantage of this by not providing or producing the requested documents they knew that were necessary, and when they knew that discovery would close only two(2) weeks after plaintiff received their response on 3-12-07 (see attachment)

10) Plaintiff does not have the necessary documents to present his case before the court currently because he has been basically denied all discovery of crucial and vital documents, reports, records, witnesses and other papers with relevancy to this litigation (see plaintiff's motion to compel disclosure and Discovery from Defendants also filed and enclosed at the same time of this motion.)

3)

11) Plaintiff now request that this Honorable court allow plaintiff sufficient time or between 60-90 days after the court render a judgment for plaintiff's motion to compel Defendants to produce discovery, for further discovery and any possible dispositive motions.

12) The postponement of dispositive motions is required in this matter because Defendants have not produced requested documents in discovery and has allowed the deadline for discovery to expire.

13) The postponement of 60-90 days for dispositive motions for further discovery purposes, will not delay this litigation for the December 12, 2007 pretrial conference or trial set for January 28, 2008 (if the matter goes to trial) as ordered by the Court in it's January 26, 2007 Case management order #1.

14) This Motion for Extension of time for discovery and the postponement of dispositive motions cannot be meaningful without this Honorable court entering judgment for the plaintiff's Motion to Compel Disclosure and Discovery.

15) In furtherance, plaintiff files this motion in good-faith in order to successfully raise, argue and support his claims before the court for Defendants violating his constitutional rights and for Defendants causing plaintiff needless pain and suffering because of their use of arbitrary, unnecessary and excessive use of force.

4)

Due to all of the above stated facts, plaintiff respectfully request that this Honorable court grant this motion or in the alternative, grant plaintiff what the court deem just and fair and accordingly to Federal law, consistent with the facts stated herein.

Respectfully submitted,

*Michael Thomas*

Michael Thomas

Plaintiff, pro se.


Michael Thomas
prison Reg. No. B-71744
Stateville C.C.
P.O. Box 112
Joliet, IL 60434

5)

# A F F I D A V I T

I, Michael Thomas, declare under the penalty of perjury and pursuant to 735 ILCS 5/1-109, 18 USC 1621 and 28 USC 1746 that all matters, facts, and version of events, are accurate to the best of my knowledge and belief in this motion for Extension of Time for Discovery and for postponement of all dispositive motions. I further declare and assert that this motion is taken for good cause for the sole purpose of being able to sufficiently raise and argue any meritorious claims and to bring forth evidence which would support those claims before the court.

Respectfully submitted,

_Michael Thomas_
Affiant - Plaintiff

6)

## Proof of Service

Please take notice that on today 3-28-2007, the undersigned plaintiff placed the foregoing motion for Extension of Time for Discovery and for postponement of all case dispositive motions, in the United States mail provided by the stateville correctional center mailing system for prisoners incarcerated at this stateville facility. Plaintiff also mailed the original and copies to the below stated persons.

To: United states District court, Central District of Illinois for the springfield Division
600 E. Monroe St.
151 U.S. CourtHouse
Springfield, IL 62701

To: Assistant Attorney General
Chris Higgerson
500 S. Second St.
Springfield, IL 62706

By: *michael thomas*
michael Thomas,
plaintiff, pro se.

Michael Thomas
prison Reg. No. B-71744
Stateville C.C.
P.O. Box 112
Joliet, IL 60434

7)

## LEGAL MAIL RECEIPT

( / ) **PACKAGE**

### STATEVILLE CORRECTIONAL CENTER, JOLIET, IL 60434

**RESIDENT** M. Thomas **REGISTER NO.** B71744 **LOCATION** B806

**FROM MAIL OFFICE**     **DATE** 3/12/07 **RE-ROUTE** _____

**LEGAL MAIL FROM:** Atty Gen (Madigan) Spfd

**SIGNATURES:** _[signature]_ **DATE** 3-12-7
OFFICER HANDING OUT LEGAL MAIL

X _[signature]_ **DATE** 3-12-07
INMATE RECEIVING LEGAL MAIL

( ) **CERTIFIED**   ( ) **EXPRESS**   ( ) **FED EX**   ( ) **UPS**   ( ) **DELIVERY CONFIRMATION**

PLEASE RETURN THIS FORM TO THE MAIL OFFICE. THANK YOU.

IL 426-9289
DCA-16174

United States District Court Central District of Illinois For The Springfield Division

Michael Thomas, )
 )
Plaintiff )
 )
 )  Case No. 06-3020
v. )
 )
 )
Lt. Law, et al., )
 )
Defendants )

## Voluntary Production of Documents To Defendants

NOW COME the plaintiff, Michael Thomas, pro se filing and surrendering, voluntarily, a production of documents per Rule 26 of the Federal Rules of Civil Procedure, to Defendants Attorney, Chris Higgerson, in relation to this litigation. The plaintiff does not have complete documents, reports and notes with relevancy to the claims before the court for this 42 USC §1983 but does surrender, voluntarily, documentation in his possession. As soon as plaintiff receives or obtain documents that are material in nature

or relevant to this matter, plaintiff will supplement this voluntary production of documents. In support of this foregoing instrument, plaintiff states as follow:

1) On Friday, January 26th 2007, the Honorable Harold A. Baker allowed Discovery and ordered that all Discovery be had or complete by or on March 31, 2007.

2) On February 8, 2007 plaintiff mailed Defendants Attorney, Carrie Kinsella and Chris Higgerson a Request for Production of Documents.

3) Plaintiff has not received a response from either Attorney named in paragraph No. 2 of this voluntary production of Documents

4) Plaintiff, however, is surrendering over several hundred documents in his possession.

5) Plaintiff is turning over documents that plaintiff may or may not use in this litigation, including trial, pre-trial motions or proceedings or case dispositive motions or appeal, if necessary.

6) The documents that are being submitted to Defendants consist of potential exhibits, persons with personal knowledge of any issues before the court, potential witnesses, medical notes (not complete), mental health and Dental records (also not complete), medical history papers (incomplete records), and other relevant papers. Please note these are not complete reports or records because plaintiff does not have all these documents although the Department does but has not surrendered all of them to plaintiff.

7) In furtherence, plaintiff is voluntarily willing to answer any or all interrogatories or other depositions, or any further Documents sought by Defendants or their Attorney at any time or place directed or scheduled by Defendants or their Attorney to plaintiff.

8) At any time, in the future, that plaintiff discovers, learns or locates any other documents, witnesses, or other evidence or information in regard to this litigation, which is relevant or which could reasonably lead to the discovery of other relevant information, that may or

may not be used in this matter, plaintiff will immediately disclose and surrender that evidence, information and or documents to all parties of record respectfully and promptly for their inspection, copying and for their use of such documents accordingly to the Federal Rules of Civil Procedure.

Respectfully submitted,

*Michael Thomas*

Plaintiff, pro se


Michael Thomas
Prison Reg. # B-71744
Stateville C. C.
P.O. Box 112
Joliet, IL 60434

# AFFIDAVIT

I, Michael Thomas, state that all matters herein are true in substance and in facts to the best of my knowledge. Please let it be reflected that this Affidavit is pursuant to 28 USC 1746, 18 USC 1621, and 735 ILCS 5/1-09. I also declare under the penalty of perjury that everything contained herein is true and accurate to my knowledge and belief and are original copies, and that I also affirm that this matter is not taken maliciously or frivolously but is taken in good faith, and that it is plaintiff's understanding that he must submit the foregoing documents in compliance with the law.

Signed today on 3-6-07

*Michael Thomas*

Michael Thomas
Affiant - Plaintiff,
pro se

Proof and or Certificate of Service

Please take notice that I, Michael Thomas, the plaintiff in this litigation (06-3020), is turning over and surrending several hundreds reports, documents, notes, names of persons with knowledge for claims before the court, by voluntarily filing this production of documents, and by placing the same in the United States mailing system provided by the stateville correctional center on today, 3-6-2007.

TO: Assistant Attorney General
    Chris Higgerson
    500 S. Second St.
    Springfield, IL 62706

---

By: _Michael Thomas_
    plaintiff, pro se

Michael Thomas
Prison Reg.# B-71744
Stateville C.C.
P.O. Box 112
Joliet, IL 60434