Dear Clerk,

5-1-07

Hello clerk. Mike Thomas here for case No. 06-3020. I'm writing you because I believe I'm late in filing my Reply to Defendants Response to my motion to compel Disclosure and Discovery. I received the defendants response on 4-20-07 (or 4 days after they filed it) I couldn't copy my Reply until today because the institution I'm incarcerated at was on lock down. Can you please inform the court of this delay. I need not have any control of the delay.

Thank you kindly Clerk.

Sincerely,
Michael Thomas

FILED
MAY 04 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS