IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| MICHAEL THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   06-3020 |
| | ) | |
| LT. LAW, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL**

NOW COME the Defendants, BRYON LAW, MARTY WINSTON, and KEVIN RIGG, by and through their attorney, Illinois Attorney General Lisa Madigan, and hereby respond to Plaintiff's Motion to Compel (doc. 55), stating as follows:

1.  In his motion, Plaintiff indicates that he should be given a copy of the oral deposition taken on March 27, 2007, at the expense of the defendants. (Plaintiff's Motion, generally).

2.  Plaintiff states that he was told that he would receive a copy of the transcript at the deposition. (Plaintiff's Motion, p. 2 ¶ 6).

3.  The undersigned explained to the Plaintiff on the date of the deposition and in a letter accompanying a copy of the deposition for the Plaintiff to approve, that he can request a copy from the court reporter. (See Plaintiff's Exhibit 1).

4.  The letter informed Plaintiff of appropriate corrections to make to the deposition transcript, as well as the length of time Plaintiff would be given to review the document. It also informed Plaintiff that if he wanted his own copy of the deposition transcript he would have to contact the court reporter.

5.  Plaintiff misconstrued the process of waiving signature in which he would review a copy of the deposition in that he would get to keep a copy of the deposition.

6. Pursuant to Federal Rule of Civil Procedure 30(b)(2), the Defendants paid the costs associated with the taking of the deposition, i.e. stenographer and copy of the transcript. Additionally, Plaintiff was given the opportunity to review his deposition transcript on or about April 3, 2007, pursuant to Federal Rule of Civil Procedure 30(e). Therefore, since the Plaintiff was given an opportunity to review his deposition, Defendants have fulfilled their requirement under Fed. R. Civ. P. 30(e). Defendants are not required to purchase and provide Plaintiff with a deposition transcript.

7. If Plaintiff wants his own copy of the deposition transcript, it is his responsibility to contact the court reporter. Defendants were charged a fee and paid said fee for their copy of the deposition transcript. Plaintiff will receive a copy after he has paid any copying charges or fee as the Defendants are not required to pay for Plaintiff's discovery costs.

WHEREFORE, for the above reasons, Defendants respectfully pray that this Honorable Court deny Plaintiff's Motion to Compel.

Respectfully submitted,

BRYON LAW, MARTY WINSTON, and KEVIN RIGG,
    Defendants,

LISA MADIGAN, Attorney General
State of Illinois,
    Attorney for Defendants,

By:   s/Jacob H. Smith
    Jacob H. Smith, #6290790
    Attorney for Defendants
    Assistant Attorney General
    500 South Second Street
    Springfield, IL  62706
    Telephone:  (217) 782-9014
    Facsimile:  (217) 524-5091
    E-Mail:  jsmith@atg.state.il.us

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2007, I electronically filed Defendants' Response to Plaintiff's Motion to Compel with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that on May 14, 2007, I mailed by United States Postal Service, the document to the following non-registered participant:

Michael Thomas, B-71744<br>
Stateville Correctional Center<br>
Route 53<br>
PO Box 112<br>
Joliet, IL 60434

Respectfully submitted,
 s/Jacob H. Smith
Jacob H. Smith, #6290790
Attorney for Defendants
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-9014
Facsimile:  (217) 524-5091
E-Mail:  jsmith@atg.state.il.us