**E-FILED**
Thursday, 05 July, 2007  04:23:24 PM
U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **MICHAEL THOMAS,** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| **vs** | ) | |
| | ) | **CASE NO. 06-3020** |
| **LT. LAW, et al.,** | ) | |
| Defendants | ) | |

**TO:  THE WARDEN of** Stateville Correctional Center at Joliet, Illinois.

**WE COMMAND** that you produce the body of **MICHAEL THOMAS**, Register No. **B-71744**, who is in your custody at Stateville Correctional Center before the United States District Court on **Tuesday, July 10, 2007, at 9:45 a.m.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants.  This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.   At the termination of said hearing you may return him to his current regular assignment.

**WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED:  July 5, 2007

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY:    s/ C. Cathcart
        Deputy Clerk