**Illinois Department of Corrections**

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

DOC Legal Services / Stateville Correctional Center / Rt. 53 / P.O. Box 112 / Joliet, IL 60434 / Telephone: (815) 727-3623
Fax: (815) 727-3669
TDD: (800) 526-0844

## MEMORANDUM

FILED
JUL - 9 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Date: July 9, 2007

To: Warden
Assistant Warden Operations
Assistant Warden Programs
Juan Tellez
Ed Butkiewicz
Kevin Whittington
Operator

From: Kathy Sandlin
Legal Services, Ext. 6250

Re: Judicial Phone Call Scheduled Date

On **Tuesday, July 10 at 9:45 a.m.** inmate Michael Thomas, B71744 in F422, with Honorable John M. Waters. Michael Thomas, B71744 in F422 will be at extension 6663 at 9:30 am to accept the call. <u>The court will call</u> 815/727-3607 at 9:45 am and request extension 2158.

If you have any questions please call Kathy at: 815-727-3623.

*Kathy Sandlin*

Kathy Sandlin
Stateville Correctional Center

TOTAL P.02