E-FILED
Friday, 31 August, 2007  05:31:09 PM
Clerk, U.S. District Court, ILCD

August 27, 2007
06-3020

Dear Clerk of U.S. District court,

Please be advised that I plan to have a motion to compel defendants to provide full and non-evasive interrogatories and Production of document but I am being transferred from this facility soon and I don't know when I will get my property. Because of such delays I may be late and I just want the court to be informed because we were suppose to have a telephone conference on 9-18-07.

Thank you for your time.

Sincerely,
Michael Thomas

Michael Thomas #B71744
Stateville C.C.
P.O. Box 112
Joliet, IL 60434

**FILED**

AUG 30 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS