# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **MICHAEL THOMAS,** Plaintiff | ) ) ) | **WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| vs | ) ) | |
| **LT LAW, et al.,** Defendant | ) ) ) | **CASE NO. 06-3020** |

**TO: THE WARDEN of** Pontiac Correctional Center at Pontiac, Illinois.

      **WE COMMAND** that you produce the body of Michael Thomas, Register No. **B-71744**, who is in your custody at Pontiac Correctional Center before the United States District Court on **September 18, 2007 at 9:30 a.m. (or as soon as the court reaches the case)** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants.  This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.   At the termination of said hearing you may return him to his current regular assignment.

      **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED:  September 14, 2007

      s/ John M. Waters  
      JOHN M. WATERS, CLERK  
      UNITED STATES DISTRICT COURT

      BY:  s/ M. Eddings  
           Deputy Clerk