## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| Michael Thomas, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.   06-3020 |
| | ) |
| Lt. Law, Lt. Marty Winston, | ) |
| Correctional Officer Kevin Rigg, | ) |
| Lt. John Doe, | ) |
| Correctional Officer John Doe #1, | ) |
| Correctional Officer John Doe #2, | ) |
| | ) |
| Defendants. | ) |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

NOW COME Defendants, BRYON LAW, MARTY WINSTON, KEVIN RIGG, JEFF ZEECK, KENT JOHNSON, JOHN HAMILTON, MARK HAUBRICH, and WILLIE HEDDEN, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to Federal Rule of Civil Procedure 56, (Fed. R. Civ. P. 56), move this Honorable Court to enter summary judgment in favor of the defendants.  In support thereof, defendants state as follows:

1.  Plaintiff has failed to prove an Eighth Amendment violation against defendants.

2.  Defendants are entitled to qualified immunity.

3.  Force alleged on both of the alleged incidents are de minimus.

4.  A memorandum of law in support of the instant motion is incorporated herein by reference.

WHEREFORE, for the above reasons, Defendants respectfully pray that this Honorable Court enter summary judgment in their favor and against Plaintiff.

           Respectfully submitted,

           BRYON LAW, MARTY WINSTON, KEVIN RIGG, JEFF ZEECK, KENT JOHNSON, JOHN HAMILTON, MARK HAUBRICH, and WILLIE HEDDEN,

           Defendants,

           LISA MADIGAN, Attorney General,
           State of Illinois,

Jacob H. Smith, #6290790           Attorney for Defendants,
Assistant Attorney General
500 South Second Street           By:   s/ Jacob H. Smith
Springfield, IL  62706              Jacob H. Smith
(217) 782-9014                     Assistant Attorney General
Of Counsel.

## CERTIFICATE OF SERVICE

      I hereby certify that on September 14, 2007, I electronically filed Defendants' Motion for Summary Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that on the same date, I mailed by United States Postal Service, the described document to the following non-registered participant:

Michael Thomas, B-71744
Pontiac Correctional Center
P.O. Box 99
Pontiac, IL   61764


      Respectfully submitted,

      s/ Jacob H. Smith
      Jacob H. Smith, #6290790
      Assistant Attorney General
      500 South Second Street
      Springfield, IL  62706
      Telephone:  (217) 782-9014
      Facsimile:  (217) 524-5091
      jsmith@atg.state.il.us