FILED

OCT 0 3 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

3:06-cv-03020-HAB-CHE   # 72    Page 1 of 45

E-FILED

Friday, 05 October, 2007 04:22:25 PM
Clerk, U.S. District Court, ILCD

A-F-F-I-D-A-V-I-T

I, _____ CAMPBELL, STATE THE FOLLOWING EVENTS IN THIS AFFIDAVIT TO BE TRUE IN SUBSTANCE AND IN FACT UNDER OATH. I FURTHER DECLARE UNDER THE PENALTY OF PERJURY THAT:

I AM CURRENTLY BEING INCARCERATED AT THE WESTERN CORRECTIONAL CENTER IN BROWN COUNTY IN THE STATE OF ILLINOIS. THAT ON JULY 22, 2004 I WAS ON THE RECREATIONAL YARD WHEN THE FOLLOWING INCIDENT OCCURRED.

YARD WAS TERMINATED AROUND 1:55 p.m ON THE ABOVE DATE. I WAS ON THE BACK WEIGHT PAD WITH APPROXIMATELY FOUR (4) OTHER INMATES. INMATE THOMAS WAS ONE OF THOSE FOUR INMATES ON THE BACK WEIGHT PAD.

WHEN WE HEARD THE TOWER OFFICER ANNOUNCE THAT THE YARD WAS OVER MYSELF AND THE OTHER INMATES STARTED WALKING TOWARD THE FRONT GATE WHICH IS SEVERAL HUNDRED FEET FROM THE BACK WEIGHT PAD.

WHEN WE ARRIVED NEAR THE FRONT GATE CORRECTIONAL OFFICER RIGG ASKED MYSELF AND THE OTHER INMATES WHAT TOOK US SO LONG TO GET TO THE FRONT GATE. WE INFORMED C.O.RIGG THAT WE HAD TO WALK FROM THE BACK WEIGHT PAD WHICH IS SEVERAL HUNDRE FEET AWAY.

OFFICER RIGG THEN TOLD US TO GIVE HIM OUR STATE I.D'S. WE DID AS OFFICER RIGG INSTRUCTED AND THEN OFFICER RIGG CALLED OTHER PRISON OFFICIALS TO THE YARD.

WHEN THESE OTHER PRISON OFFICIALS CAME TO THE YARD OFFICER RIGG TOLD THEM THAT HE HAD GIVEN US SEVERAL DIRECT ORDERS TO EXIT THE YARD AND THAT WE DID NOT COMPLY WHICH WAS TOTALLY FALSE BECAUSE WE IMMEDIATELY WALKED TO THE FRONT GATE WHEN WE HEARD THAT YARD WAS OVER.

WE TOLD THE REPORTING OFFICIALS THAT THE INCIDENT DID NOT OCCUR THE WAY THAT OFFICER RIGG TOLD THEM. AT THAT TIME OFFICER RIGGS TOLD THE OTHER OFFICIALS THAT WE WERE LYING.

OFFICER RIGG THEN STARTED TALKING TO THE OTHER OFFICIALS IN A LOW TONE SO THAT WE COULD NOT HEAR HIM. AFTER THESE PRISON OFFICIALS WERE FINISHED TALKING THEY TOLD US TO LINE UP FOR A SHAKE DOWN.

DURING THIS SHAKE DOWN THESE OFFICIALS STARTED CALLING US NAMES THAT WERE DEROGATORY. WE WERE CALLED A BUNCH OF "IDIOTS", "CLOWNS", AND "NIGGERS".

OFFICIALS TOLD US THAT WE WERE A BUNCH OF DUMB NIGGERS AND THAT WHEN ONE OF THE OFFICERS IN THIS PRISON SAID TO DO SOMETHING WE'D BETTER HURRY UP AND DO IT.

WE TOLD THESE OFFICIALS IN A CALM AND RESPECTFUL MANNER THAT WE DID COME TO THE FRONT GATE WHEN WE LEARNED THAT YARD WAS OVER. OFFICER RIGG TOLD US TO SHUT UP AND THEN SAID THAT WE WERE LYING.

DURING THIS SHAKE DOWN LIEUTENANT LAW STRUCK INMATE THOMAS IN THE GROIN AREA. INMATE THOMAS FELL TO THE GROUND HOLDING HIS GROIN. THEN LT.LAW TOLD INMATE THOMAS TO STAND UP OR HE(LT.LAW)WAS GOING TO GIVE INMATE THOMAS AN ASSAULT CASE.

EX#45( 1 of 2)

INMATE THOMAS STOOD BACK UP AS LT.LAW INSTRUCTED HIM TO AND THEN LT.LAW STRUCK INMATE THOMAS IN THE GROIN AGAIN.INMATE THOMAS DID NOT ASSAULT ANY STAFF MEMBERS NOR DID THOMAS RESIST THE SHAKE DOWN.LT.LAW'S ACTION WAS UNPROVOKED AND UNNECESSARY.ALL INMATE THOMAS SAID WAS THAT HE DID NOT DO ANYTHING.

AFTER THE INCIDENT WE WERE ALL TAKEN TO SEGREGATION.(LOCK UP) WHILE WE WERE BEING TAKEN TO THE SEGREGATION UNIT LT.LAW,LT. WINSTON AND OTHER PRISON OFFICIALS ROUGHED US UP.THESE OFFICIALS THREW US AGAINST WALLS AND GATES.THESE OFFICIALS PUT HANDCUFFS ON US EXTREMELY TIGHT AND WAS THROWING US AROUND AND YANKING OUR ARMS AROUND WHILE WE WERE HANDCUFFED BEHIND OUR BACKS.

NONE OF US RESISTED OR ATTACKED ANY OF THESE OFFICIALS.NOR DID WE PROVOKE THESE OFFICIALS.THESE OFFICIALS USED EXCESSIVE FORCE THAT WAS UNCALLED FOR.THE NAMES THAT WE WERE CALLED WERE ALSO UNPRVOKED AND UNCALLED FOR.

WHEN INMATE THOMAS TOLD US TO CALL OUR FAMILIES SO THAT THEY COULD TELL THE DIRECTOR AND GOVERNOR ABOUT THE ABUSE AND RACISM THAT IS OCCURRING AT THIS PRISON LT.WINSTON TOLD INMATE THOMAS THAT THEY(PRISON OFFICIALS) WOULD KILL HIM(THOMAS)

I SPOKE TO THE WARDEN WINTERS ABOUT THIS INCIDENT AND WARDEN WINTERS TOLD ME TO "STAY OUT OF THESE OFFICIALS WAY".I TOLD THE WARDEN WINTERS THAT WE DID NOT DO ANYTHING AND THAT WE WERE ROUGHED UP AND THEN SENT TO SEGREGATION.WARDEN WINTERS TOLD ME TO SEND HIM A GRIEVANCE ON THE INCIDENT.I SENT WARDEN WINTERS THE GRIEVANCE AS HE INSTRUCTED ME TO AND NEVER GOT A RESPONSE.

IF CALLED TO TESTIFY IN THIS MATTER I AM WILLING AND COMPETENT TO TESTIFY TO THE ABOVE STATED FACTS IN THIS AFFIDAVIT.

_Bryant Campbell_
BYRANT CAMPBELL#K-62579

SWORN TO BEFORE ME _Susan J Crowfoot_
(NOTARY PUBLIC)

ON THIS _November 15, 2004_.

"OFFICIAL SEAL"
Susan J. Crowfoot
Notary Public, State of Illinois
My Commission Exp. 04/21/2008

EX #45( 2OF 2)

Illinois Department of Corrections

**Reception & Periodic Medical History**

| County Info | | | M (F) W Th F _11_ |

Facility: **JRC/JOL**

Date: MAR 1 6 1999

Time: _10:30_ AM/PM

B71744  THOMAS, MICHAEL   9/3/77
Age:  21          DOB: ~~08/16/77~~
Race: BLK
JRC 03/16/99      Sex: M      Other

716   11

S:

| CONDITION | Past Med Hx/Hx of Present Illness/Family Hx | | | |
|---|---|---|---|---|
| | YES | NO | Family Hx | EXPLANATION |
| 1. Allergies | | ✓ | | |
| 2. Smoking | ✓ | | | ½ pk daily X 4 yrs |
| 3. Pediculosis | | ✓ | | |
| 4. Seizures | | ✓ | | |
| 5. Asthma | | ✓ | | |
| 6. Cardiac/HTN | | ✓ | | |
| 7. Diabetes | | | ✓ | |
| 8. Communicable Disease: | | | | |
| a. Hepatitis/Jaundice | | ✓ | | |
| b. Hx + PPD/Active TB | | ✓ | | |
| c. STD | | ✓ | | |
| 9. Surgeries | | ✓ | | |
| 10. Hx of Psych Tx | | ✓ | | |
| Past Suicide Attempt | | ✓ | | |
| 11. Recent Drug/ETOH use | | ✓ | | |
| 12. Mobility Limitations | | | | |
| Assistive Devices | | | | |
| Prosthetics | | | | |
| Specialized Equipment | | ✓ | | |
| 13. Other Medications | | ✓ | | |
| 14. Other | | ✓ | | |
| 15 Have you ever been sexually assaulted? | | ✓ | | |
| 16 Have you ever sexually assaulted? | | ✓ | | |

O: T _98_  P _80_ reg/irreg.  R _16_ reg/irreg.  BP _171/64_
Height _5'9"_          Vision:              Corrected:
Weight _170_                RT 20/_25_                    RT 20/
                           LT 20/_20_                    LT 20/

Evidence of Signs of Illness, Deformity, Acute Problems:

Ø

A: _no sig Hx_

P: *(Instructions: Circle and complete as appropriate)*
1. Physical Examination: urgent / (routine)
2. Mental Health Referral: urgent / (routine)
3. Health information given: (Y) R
4. PPD / CXR
5. Other

PPD Administered: 3-16-99  PPD Read: 3-19-99
Reading _0_ mm  By S. WHITE Cn/Jol

Interviewer Signature: _Jc Nurse_

| R & C Use ONLY | LAB ____ | Sickle Cell: Y / N | Dental ____ | FEMALE ONLY: PAP ____ |
| | EKG ____ | CXR ____ | Panorex ____ | Mamo ____ |

MAR 1 6 1999

DC 871 (rev. 10/92) IL 426-17168

Ex # A1

# Physical Examination
## Page 1

| Facility: | Joliet C. C. |
|---|---|

| | B71744   THOMAS, MICHAEL |
|---|---|
| Age: 21 | DOB: 08/16/77 |
| Race: BLK | Sex: M |
| JRC 03/16/99 | 11   Other |

Date: 3/17/99

Time: 8 (AM) PM

Date of Birth: ___/___/___   Sex: M  F

| | YES | NO | EXPLANATION |
|---|---|---|---|
| Hx reviewed | ✓ | | |
| Lab Reviewed | | ✓ | |
| **S: Condition** | | | |
| 1. Allergy | | ✓ | NKA |
| 2. Substance Abuse: | | | |
| a. Alcohol | ✓ | | gallon liquor gd |
| b. IV Drugs | | | |
| c. Other Drugs | ✓ | | Caradus |
| 3. Shared Needles | | ✓ | |
| 4. Sexual Contact with: | | | |
| a. IV drug user | | ✓ | |
| b. Prostitute(s) | | ✓ | |
| c. Multiple partners | | ✓ | |
| 5. Homosexual Activity | | ✓ | |
| 6. STD | | ✓ | |
| 7. Exposed to known AIDS victim, ARC, or HIV+ | | ✓ | |
| 8. Blood Transfusions | | ✓ | |
| 9. Three or more months of: | | | |
| a. Fever | | ✓ | |
| b. Diarrhea | | ✓ | |
| c. Night sweats | | ✓ | |
| d. Persistent URI | | ✓ | |
| 10. Weight Loss (>15 lbs) | | ✓ | |
| 11. Lymphadenopathy | | ✓ | |
| 12. Fatigue | | ✓ | |
| 13. Other | | ✓ | |

**Past Hospitalizations**

Diagnosis: _____

Date(s): _____

Hospital: _____

Location: _____

Diagnosis: _____

Date(s): _____

Hospital: _____

Location: _____

DC 872  (10/92)  IL 426-17169  Page 1

EX #A2

OVER >>>>>

Illinois Department of Corrections

# Health Status

| | |
|---|---|
| Name: | Thomas Michael |
| Number: | B 7 1 7 4 4    Race: (B) W H Other |
| Age 22 | Date of Birth: 9 , 5 , 77    Sex: (M) F |

Transferring Facility: Stateville CC

Date: 2 / 8 / 00

Time: 4:05 AM PM

Allergies: NKA.                    Food Handler Approved: _____

Current/Acute Conditions/Problems: ⊘

Chronic Conditions/Problems: ⊘

Current Medications - Name, Dosage, Frequency, Duration:

Acute Short-term Medications: ⊘

Chronic Long-term Medications: ⊘

Chronic Psychotropic Medications: ⊘

Current Treatments: ⊘          THERAPEUTIC DIETS: ⊘

**FOLLOW-UP CARE NEEDED:** Routine Health Care

**CHRONIC CLINICS:** ⊘          **SPECIALTY REFERRALS:** ⊘

Significant Medical History: PPD Cmm 7/99

Physical Disabilities/Limitations: ⊘

Assistive Devices/Prosthetics: ⊘

Mental Health Issues: ⊘   Hx Suicide Attempt: ☐ Date: __/__/__

Glasses: _____ Dentures: _____

Hx Psych Med ☐   Hx MPC/ STC ☐

Substance Abuse:   Alcohol: ☑   Drugs: ☑

| R & C Use Only | |
|---|---|
| ☐ LAB ☐ EKG ☐ CXR ☐ Dental | ☐ Packet Complete |
| ☐ MEDS ☐ MH ☐ Other | |

Signature and Title: S. Gurley RN

## Transfer Reception Screening

Facility: Pinckneyville CC

Date: 2/9/00   Time: 8:05 AM PM

**S:** Current Complaint: ⊘

Current Medications/Treatment: ⊘

**O:** Physical Appearance/Behavior: denial

Deaes Sexual Assault

Deaes Sexual Predator

Deformities: Acute/Chronic ⊘

T 98.4  P 64  R 16  B/P 92/58

**A:** Intake Interview

Signature and Title: _____

**P:** Disposition:

1) [ ✓ ] Health Information Given

2) [  ] Emergency Referral

3) [  ] Sick Call:
   Urgent / Routine
   [  ] Medication Evaluation
   [  ] Therapeutic Diet
   [  ] Special Housing
   [  ] Work/Program Limitation
   [  ] Specialty Referrals
   [  ] Chronic Clinics
   [  ] Other

4) [  ] Infirmary Placement _____

5) [  ] Other _____

DC 873 (Rev. 10/92)  IL 426-17170

Ex # A 3

Illinois Department of Corrections

# Health Status

Name: _Thomas Michael_

Number: B 7 1 7 4 4   Race: (B) W H Other

Age: 24   Date of Birth: 9 / 5 / 77   Sex: (M) F

Transferring Facility: _PNKCC_

Date: 12 / 17 / 01

Time: 8 AM (PM)

Allergies: _NKA_   Food Handler Approved: _9-27-01_

Current/Acute Conditions/Problems: Ø

Chronic Conditions/Problems: Ø

Current Medications - Name, Dosage, Frequency, Duration:

Acute Short-term Medications: Ø

Chronic Long-term Medications: Ø

Chronic Psychotropic Medications: Ø

Current Treatments: Ø   THERAPEUTIC DIETS: _Reg_

FOLLOW-UP CARE NEEDED: _Routine_ *

CHRONIC CLINICS: _None_   SPECIALTY REFERRALS: Ø

Significant Medical History: _nothing noted_

Physical Disabilities/Limitations: Ø

Assistive Devices/Prosthetics: Ø   Glasses: ___ Dentures: ___

Mental Health Issues: ___ Hx Suicide Attempt: ☐ Date: __/__/__   Hx Psych Med ☐ Hx MPC/ STC ☐

Substance Abuse:   Alcohol: ☑ Drugs: ☑

| R & C Use Only | | | | |
|---|---|---|---|---|
| ☐ LAB | ☐ EKG | ☐ CXR | ☐ Dental | ☐ Packet Complete |
| ☐ MEDS | ☐ MH | ☐ Other | | |

Signature and Title _E Cole RN_

---

## Transfer Reception Screening

Facility: _Lawrence CC_   Date: 12 / 19 / 01   Time: 745 AM (PM)

S: Current Complaint: _Rt. Knee hurting. It hurt sometimes when 2 walk Late 5 on 1-10 scale at rest = Activity Rates 5_

Current Medications/Treatment: _No meds. Seen MHP in past but has not been treated for any psych. disorder  Ø Sexual assaults_

O: Physical Appearance/Behavior: _Calm + appropriate_

Deformities: Acute/Chronic Ø

T 97.8 P 66 R 20 B/P 122 / 70

A: _Routine Intake Process_

P:  Disposition:

1) [X] Health Information Given

2) [ ] Emergency Referral ___

3) [ ] Sick Call:
   Urgent (Routine)
   [ ] Medication Evaluation
   [ ] Therapeutic Diet
   [ ] Special Housing
   [ ] Work/Program Limitation
   [ ] Specialty Referrals
   [ ] Chronic Clinics
   [ ] Other

4) [ ] Infirmary Placement ___

5) [ ] Other ___

Signature and Title

DC 873 (Rev. 10/92) IL 426-17170

ILLINOIS DEPARTMENT OF CORRECTIONS

# Health Status

Lawrence Correctional Center

Name: _Thomas, Michael_

Number: _B 7 1 7 4 4_     Race: (B) W H Other

Transferring Facility: _Lawrence C.C._

Age _74_   Date of Birth: _9 5 77_     Sex: (M) F

Date: _6 24 02_

Time: _12:01_ AM (PM)

Allergies: _NKA_     Food Handler Approved: _yes 5-12-02_

Current/Acute Conditions/Problems: _Ø_
Chronic Conditions/Problems: _Ø_
Current Medications – Name, Dosage, Frequency, Duration:

Acute Short-term Medications: _Ø_

Chronic Long-term Medications: _Ø_

Chronic Psychotropic Medications: _Ø_

ent Treatments: _Ø_     THERAPEUTIC DIETS: _Regular_

FOLLOW-UP CARE NEEDED: _Routine Health Care_

CHRONIC CLINICS: _Ø_     SPECIALTY REFERRALS: _Ø_

Significant Medical History: _Smokes_

Physical Disabilities/Limitations: _Ø_
Assistive Devices/Prosthetics: _Ø_     Glasses: _Ø_   Dentures: _Ø_
Mental Health Issues: _Ø_ HX Suicide Attempt: ☐ Date: ___/___/___

HX Psych Med ☐   HX MPC/STC ☐
Substance Abuse:     Alcohol: ☑   Drugs: ☑

| R & C Use Only | | | |
|---|---|---|---|
| ☐ LAB | ☐ EKG | ☐ CXR | ☐ Dental |
| ☐ MEDS | ☐ MH | ☐ Other | ☐ **Packet Complete** |

Signature and Title: _____

---

**Transfer Reception Screening**

Facility: _Menard CC_     Date: _6 26 02_

Time: _5:00_ AM (PM)

S: Current Complaint: _none_

Current Medications/Treatment: _none_

O: Physical Appearance/Behavior: _Clear & appropriate_

Deformities: Acute/Chronic _none_

T _98_ P _68_ R _22_ B/P _106/74_
_Stable_

P: Disposition: (Instructions: Check or circle as appropriate)

1) [x] Routine Health Information Given
   [ ] Emergency Referral

2) [x] Sick Call:
   Urgent/Routine
   [ ] Medication Evaluation
   [ ] Therapeutic Diet
   [ ] Special Housing
   [ ] Work/Program Limitations
   [ ] Specialty Referrals
   [ ] Chronic Clinics
   [ ] Other

3) [ ] Infirmary Placement
   For: _____

Signature and Title: _K. Shelton_

_ACH 5-12-02_

DC 873 (Rev 10/92)

Illinois Department of Corrections

**Reception & Periodic**
**Medical History**

| County Info | | M  T  W  Th  F |

Name: _Thomas Michael_

Facility: _Menard CC_

Number: B 7 1 7 4 4    Race: B  W  H  Other (B circled)

Date: _9-9/4 02_    Age: _25_    Date of Birth: _9.5.77_    Sex: (M) F

Time: _1030_ (AM) PM

**S:**

**Past Med Hx/ Hx of Present Illness/ Family Hx**

| CONDITION | YES | NO | Family Hx | EXPLANATION |
|---|---|---|---|---|
| 1. Allergies | | ✓ | | |
| 2. Smoking | | ✓ | | |
| 3. Pediculosis | | ✓ | | |
| 4. Seizures | | ✓ | | |
| 5. Asthma | | ✓ | | |
| 6. Cardiac/HTN | | ✓ | | |
| 7. Diabetic | | ✓ | ∅ | |
| 8. Communicable Disease: | | | | |
| a. Hepatitis/Jaundice | | ✓ | | |
| b. Hx + PPD/Active TB | | ✓ | | |
| c. STD | | ✓ | | |
| 9. Surgeries | | ✓ | | |
| 10. Hx of Psych Tx | | ✓ | | |
| Past Suicide Attempt | | ✓ | | |
| 11. Recent Drug/ETOH use | | ✓ | | |
| 12. Mobility Problems | | | | |
| Assistive Devices | | | | |
| Prosthetics | | ✓ | | |
| Specialized Equipment | | | | |
| 13. Other Medications | | ✓ | | |
| 14. Other | | | | |
| 15. Have you ever been sexually assaulted? | | ✓ | | |
| 16. Have you ever sexually assaulted anyone? | | ✓ | | |

**O:** T _97.8_  P _54_ (reg)/irreg.  R _16_ (reg)/irreg.  BP _110_ / _72_

Height _5'10"_    Vision: RT 20/ _40_    Corrected: RT 20/
Weight _163_    LT 20/ _70_    LT 20/ X

Evidence of Signs of Illness, Deformity, Acute Problems:

**A:** _NKA_
_none significant Rx_

**P:** (Instructions: Circle and complete as appropriate)
1. Physical Examination: urgent / routine
2. Mental Health Referral: urgent / routine
3. Health Information given: Y / N
4. PPD / CXR
5. Other

PPD Administered: _9/6/02_  PPD Read:
Reading ___ mm  By _6/6/02_  _0 mm_

Interviewer Signature: _[signature]_

| R & C Use ONLY | LAB ___ | Sickle Cell: Y / N | Dental ___ | FEMALE ONLY: PAP ___ |
| | EKG ___ | CXR ___ | Panorex ___ | Mamo ___ |

DC 871  (rev. 10/92)  IL 426-17168

x 80

Ex # A6

Ex # A6

ILLINOIS DEPARTMENT OF CORRECTIONS
## ORIENTATION SCREENING
HEALTH CARE UNIT

| Offender Name: | Thomas, Michael | | |
|---|---|---|---|
| Offender Number: | B71744 | Date Completed: | 5/16/08 |

| What To Do | Last Date | Remarks |
|---|---|---|
| 1.  Medication Renewal | Yes / No | List on Progress Notes & Rx order form and have physician sign. |
| **2.  Physical Examination** | | |
| A. Medical History | 9-14-02 | One time only |
| B. Physician's Exam | 9-14-02 | <30 years-every 5 years, 30-39-every 3 years, 40 and up-every 2 years |
| **3.  Laboratory Work-Up** | | |
| A. Chem 12 & Lipid Profile | 3-16-99 | Same as Physical requirements. |
| B. RPR        Non-React. | 3-16-99 | Refer positive RPR to DON |
| C. Sickle Cell Test     Neg | 3-16-99 | One time only |
| **4.  EKG** | | |
| 4.  EKG | Yes / No | 40 Years & older if cardiac hx or clinical indication.  If needed send DON a P-349. |
| **5.  TB Surveillance** | | |
| A.  Annual PPD Skin Test | 9-5-02 | Coordinate with D.O.B. |
| B.  Positive reactors require CXR | N/A | Any new PPD reactors and all on INH therapy refer to Medical Records using P-349. |
| C.  TB Clinic Referrals | N/A | If Rx is completed require follow-up annually on birth date |
| **6.  Therapeutic Diets** | | |
| 6.  Therapeutic Diet | Yes / No | Complete diet form |
| **7.  Communicable Diseases** | | |
| A.  Hepatitis Type | Yes / No | If yes, complete a P-349 with date of lab to DON.. |
| B.  STD's and Type | Yes / No | If yes, complete a P-349 with date of lab to DON. |

Page 1 of 2

Ex # A7 ( 1 of 2 )

| What To Do | Last Date | Remarks |
|---|---|---|
| **8. Chronic Illness Clinic/Condition:** | | |
| A. Asthma Clinic | Yes / ⓝⓞ | For all Chronic Illness Clinics refer to DON by P-349 with the date last visit. |
| B. Diabetic Clinic | Yes / ⓝⓞ | |
| C. Cardiac Clinic | Yes / ⓝⓞ | |
| D. Hypertension Clinic | Yes / ⓝⓞ | |
| E. Seizure Clinic | Yes / ⓝⓞ | |
| F. HIV Clinic | Yes / ⓝⓞ | |
| F. General Medical Clinic | Yes / ⓝⓞ | |
| 9. Psychiatric Problems | Yes / ⓝⓞ | Refer to Mental Health using a P-349 |
| 10. Problem List | Ⓨ︎ⓔ︎ⓢ / No | Record on Daily Problem List any new problems or document date and "Current as received at PON" and your initials |
| 11. Documentation in Progress Notes | Ⓨ︎ⓔ︎ⓢ / No | Enter "Medical Record screened, see orientation checklist" and your name, position, date and time |
| **This chart has been screened by (CMT/Nurse signature):** _J.B. CMT_ | | |
| 12. Orientation Interview Process form | Ⓨ︎ⓔ︎ⓢ / No | |
| 13. Food Handler Interview completed | Ⓨ︎ⓔ︎ⓢ / No | |
| 14. Documentation in Progress Note | Ⓨ︎ⓔ︎ⓢ / No | |
| **This offender has been interviewed by CMT/Nurse** _CMT_ | | |
| **Date & Time Completed:** _5/16/03  215P_ | | |
| **WHEN FORM IS COMPLETED SEND TO D.O.N. WITH ALL P-349s COMPLETED** | | |

PON 0185 (Eff. 02/2003)

Printed on Recycled Paper

EX # A7 (2 of 2)

Ex # A8

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Health Status Transfer Summary**

| **Offender Information:** | | |
|---|---|---|

**Transferring Facility:** Pontiac Corr. Center

Last Name: _Thomas_   First Name: _Michael_   MI: ___   ID#: _B71744_

Date: _4/29/04_   Time: _1:35 pm_   ☐ a.m. ☑ p.m.

**Transfer Screening** (completed by transferring facility health care staff):

Allergies: _NKA_

Food Handler Approved: _Yes 9-19-03_ (PPD 9-19-03 neg)

Current / Acute Conditions / Problems: _36 y/o (s/p fistula repair c hemorrhoids)_

Chronic Conditions / Problems: _Ø_

**Current Medications** (name, dosage, frequency, and duration):

Acute Short-term: _F. heclar tabs daily x30 & Preparation H Cr. j BM x30 days (ordered 3-3-04)_

Chronic Long-term: _Ø_

Chronic Psychotropic: _Ø_

**Current Treatments:** _Ø_

**Therapeutic Diets:** _Ø_

**Follow-Up Care:** _Routine Health Care_

**Chronic Clinics:** _Ø_

**Specialty Referrals:** _Ø_

**Significant Medical History:** _(1) N/A (2) ETOH Abuse (3) Cannabis, tobacco use_

**Physical Disabilities / Limitations:** _Ø_

**Assistive Devices / Prosthetics:** _Ø_

**Mental Health Issues:** ☐ Hx Suicide Attempt: Date: ___/___/___   ☐ Hx Psych Med   ☐ Hx MPC / STC   Substance Abuse: ☑ Alcohol ☑ Drugs   ☐ Glasses ☐ Dentures

**R & C Use Only:** ☐ LAB ☐ EKG ☐ CXR ☐ Dental ☐ MEDS ☐ MH ☐ Other: _____   ☐ Packet Complete

Print Name and Title: _Katherine L Francer RN_   Signature: _N(____)_   Date: _4/29/04_

**Reception Screening** (completed by receiving facility health care staff):

Facility: _WICC_   Date: _5/05/04_   Time: _745_ ☑ a.m. ☐ p.m.

Subjective:
Current Complaint: _Ø_

Assessment: _Intake Screening_

Current Medications/Treatment: _Ø_

Objective:
Physical Appearance/Behavior: _appropriate_

Deformities: Acute/Chronic: _Ø_

T: _98.2_   P: _68_   R: _16_   B/P: _140/80_

_165 3/4 #_

Printed Name and Title: _T.Edwards RN_   Signature: _T Edwards RN_   Date: _5/05/04_

Plan / Disposition:
☐ Health Information Given   ☐ Emergency Referral: _____
☐ Sick Call: Urgent / Routine
☐ Medication Evaluation   ☐ Therapeutic Diet   ☐ Special Housing   ☐ Chronic Clinics
☐ Work / Program Limitation   ☐ Specialty Referrals   ☐ Other (specify): _____
☐ Infirmary Placement
☐ Other (specify): _____

**For adult transition center transfers only:**

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

Offender's Signature: _____   Date: _____   Time: _____   ☐ a.m. ☐ p.m.

Distribution: Offender's Medical Record; Transferring Facility; Receiving Facility

Ex # A8

DOC 0090 (Eff. 9/2002)
(Replaces DC §73)

# MEDICATION ADMINISTRATION RECORD

## BOSWELL PHARMACY SERVICES
### 814-629-1397 • Fax: 814-629-7644

STA

| MEDICATIONS | Initial | Signature | Initial | Signature | HOUR |
|---|---|---|---|---|---|

Diflenac 325 mg #26
# 4x prn

EX # B1

Original Order 1/6/06

Signature

Initial WR305

DATE OF BIRTH OR SOC. SEC. NO. B71744

ALLERGIES NKA

FACILITY DOC

CHARTING FOR 4-06

DIAGNOSIS

INMATE NAME AND NUMBER
Thomas, M.

LOCATION PROGRESS

MEDICATION ADMINISTRATION RECORD

BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

EX # B2

Tyl 325mg 3tc t
#DI  x 7 d

LOCATION: A032 Q

INMATE NAME AND NUMBER: Chalmer

DATE OF BIRTH OR SOC. SEC. NO.: 13717411

ALLERGIES: NKA

FACILITY: Pav

CHARTING FOR 3-04 THROUGH

EX # B3

*BEGIN USING FROM BOTTOM UP

NKA          Pon          N809

**State of Illinois**            **PRESCRIPTION ORDER**
**Dept. of Corrections**          Chart Copy (Not a prescription)

Patient _Thomas  Michael_____ Reg. # _B71744_ Date: _4-6-06_

Problem _____

ORDER: (Physician's Signature After Last Order) _____

_____ Tylenol 325, #20 # PRN _____

DEA/Illinois Lic. # _____ Physician (Print) _____ M.D.
☐ May Substitute                                               M.D.
☐ May Not Substitute _____                            M.D.
DCA 7000          Noted by: _____ Date: _4-8-06_
IL 426-1417

NKA          N 509

**State of Illinois** Pontiac   **PRESCRIPTION ORDER**
**Dept. of Corrections**          Chart Copy (Not a prescription)

Patient _Thomas, Michael_____ Reg. # _B71744_ Date: _3.21.06_

Problem _____

ORDER: (Physician's Signature After Last Order) _____

_____ Tylenol 325 25 (X7 00 (24) _____

DEA/Illinois Lic. # _____ Physician (Print) _VADC_
☐ May Substitute                                               M.D.
☐ May Not Substitute _____                        M.D.
DCA 7000          Noted by: _D. Brou_____ Date: _03/21/06_
IL 426-1417

NKA -          N 809

**State of Illinois** Pon   **PRESCRIPTION ORDER**
**Dept. of Corrections**          Chart Copy (Not a prescription)

Patient _Thomas, Michael_____ Reg. # _B71744_ Date: _11.30.05_

Problem _____

(Physician's Signature After Last Order) _____

_____ Cipro 500, BID x 21 days _____

_____ Motrin 400 TID PRN x 21 days _____

.c. # _____ Physician (Print) _CAPDL_ M.D.
☐ May Substitute                                               M.D.
☐ May Not Substitute

*BEGIN USING FROM BOTTOM UP

EX # B4

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _Thomas, Michael_     Reg. # _B71744_     Date: _8/17/06_

Problem _____

ORDER: (Physician's Signature After Last Order) _Motrin 400mg_
_#30 q28_
_1 q82 q28_

DEA/Illinois Lic. # _____     Physician (Print) _____

☐ May Substitute                                          _____ M.D.
☐ May Not Substitute                                      _____ M.D.
          Noted by: _____          Date: _____

DCA 7000
IL 426-1417

F 213

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _Thomas, Michael_     Reg. # _B71744._     Date: _8/4/06_

Problem _____

ORDER: (Physician's Signature After Last Order) _1. Tylenol 325mg # BID prn # 20_

DEA/Illinois Lic. # _____     Physician (Print) _X3 time prn_

☐ May Substitute                                          _____ M.D.
☐ May Not Substitute                                      _____ M.D.
          Noted by: _S Thomas_          Date: _8/9/06_

DCA 7000
IL 426-1417

NKA

F 213

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _Thomas Michael_     Reg. # _B7174_     Date: _6.9.06._

Problem _____

ORDER: (Physician's Signature After Last Order) _MOTRIN 400 mg po TID - PRN x 2m._

FA/Illinois Lic. # _____     Physician (Print) _____

☐ May Substitute                                          _____ M.D.
☐ May Not Substitute _S Thomas_                           _____ M.D. _6.9.06_

DCA 7000

# MEDICATION ADMINISTRATION RECORD

## BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

**MEDICATIONS**

1-7-06 CTM 4mg ii TID #12

1-7-06 APAP 325mg ii TID prn #12

**Ex # B5**

LOCATION: N-809

INMATE NAME AND NUMBER: Thomas

DATE OF BIRTH OR SOC. SEC. NO.: 12-17-44

# MEDICATION ADMINISTRATION RECORD

## BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

**MEDICATIONS:**

IBUPROFEN 4OOMG TABLET
SUB FOR: MOTRIN 400MG TABLET TILDEN, ANDR
TAKE 1 TABLET BY MOUTH
THREE TIMES A DAY AS
NEEDED X 2 MONTHS

MAPAP 325MG TABLET
6253562 THOMAS/M, B717744

Ex#B6

**Original Order** 06/05/06
**REF101**
**Discontinue** 08/08/06
**2235903**

N.N

N.N
8/7/06

SM

| LOCATION | F213 |
| INMATE NAME AND NUMBER | THOMAS/M, B717744 |
| DATE OF BIRTH OR SOC. SEC. NO. | |
| ALLERGIES | NO KNOWN ALLERGIES |
| FACILITY | STATEVILLE - CELL F |
| CHARTING FOR | 08/01/06 |
| THROUGH | 08/31/06 |

**HOUR** 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

**DIAGNOSIS**

# MEDICATION ADMINISTRATION RECORD

## BOSWELL PHARMACY SERVICES
### 814-629-1397 • Fax: 814-629-7644

**MEDICATIONS**

IBUPROFEN 400MG TABLET
SUB FOR: MOTRIN 400MS TABLET
TAKE 1 TABLET BY MOUTH
THREE TIMES A DAY AS
NEEDED X 2 MONTHS

TILDEN, AMDR

Ex # B7

| EFFECTIVE DATES | | HOUR | P | R | N |
|---|---|---|---|---|---|

06/05/06 Original Order
REF:01
06/05/06 Discontinue
2239003

**INMATE NAME AND NUMBER**
THOMAS/M: B71744

**DATE OF BIRTH OR SOC SEC. NO.**

**ALLERGIES**
NO KNOWN ALLERGIES

**FACILITY**
STATEVILLE — CELL F

**CHARTING FOR**
07/01/06

**THROUGH**
07/31/06

**DIAGNOSIS**

DOCTOR
F213

ILLINOIS DEPARTMENT OF CORRECTIONS

EX # B8 (1 of 2)

**Offender Outpatient Progress Notes**

**PONTIAC CORRECTIONAL** Center

| Offender Information: | |
|---|---|
| Thomas   Michael | ID#: B71744 |
| Last Name        First Name        MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2-22-06 | RN NOTE | |
| 9AM | O: TO UC to review records. | |
| | no requests made. | |
| | Satisfied c findings, KBeecher | |
| 3-18-06 | cont note | Pt Refer to S.C. |
| 415p | O: C/o testicle pain, wants | 2 ob collected |
| | to see a Dr. | |
| | Joe Kennedy CM | ① |
| | | Pt educated about |
| 03-21-06 | SICK CALL | ① testicular injury |
| | WEIGHT 162 lb | Tylenol 325 2 tabs (PO) |
| | BP 132/70 | #24 |
| | TPR 98 70 10 | F/o PRN |
| | MD NOTE Vade | |
| 032106 | Pt is here c/o (L) testicular pain | |
| 845 | 3/. trauma 1 yr ago. Pain comes | |
| | 8/1 <em>&</em> | 03/21/06 |
| | Pt explained about ultra | 03/1/06 |
| | sound. N. evidence of hernia | |
| | or hydrocele. | |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

EX # B8 (1 of 2)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

EX # B8 (2 of 2)

__PONTIAC CORRECTIONAL__ Center

| Offender Information: | | |
|---|---|---|
| Thomas | Michael | ID#: B-71744 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3·2·06<br>855 | S/CR, WNR except<br>moss. sgt No dy anyd, Bof<br>anywnd. area - n mass. No<br>discoloration of leshere<br>① SIP - todone (Resolving)<br>pain - Randu effect | |
| 03·23·06 | MEDICAL DIRECTOR<br>CLINIC *Clinic Cancelled* 3/23/06 Blair TAHCA<br>14p | |
| 03·30·06 | MEDICAL DIRECTOR<br>CLINIC<br>Not Seen.<br>institution lockdown<br>2° to hostage drill<br>will Reschedule | |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

EX # B9 (1 of 2)

__PONTIAC CORRECTIONAL__   Center

| Offender Information: | | |
|---|---|---|
| _Thomas_ Last Name | _Michael_ First Name B71744 | _____ MI  ID#: _____ |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 04-06-06 9:20 Am | MEDICAL DIRECTOR CLINIC | 164# 132/70 P84 T976 R18 |
| | S) Seen in Grp. Hrn had 2 U/S Scrotum both Reportly enlarged (L) epididum Stats feeling well now notes one ache groin area (R) side - Does exercise as well Wearing boxers - | P) tylenol 325, #20 ± PRN w Lab UA |
| | O) USS NAD obl e tend G U e Lewis tend (R) - mild fullu Q (R) scrotum is I palp this time frame, O- seems to soften (R) side c 8 premine of time | |
| | continued | [signature] 4/8/06 |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

# ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### PONTIAC CORRECTIONAL Center

**Offender Information:**

Thomas (Last Name)    Michael (First Name)    MI    ID#: B71744

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4.6.06 9²⁰/₃₂ | m³ Note<br>Continued<br>O) tester (R) soft<br>s other mass<br>A) Intermittent<br>swollen discomfort<br>promina hemi ©<br>? epididym vs mild<br>varicele ?<br>Discussion benign findings<br>- advised to wear support<br>eg brief when<br>exercising<br>fe s Par via SickCall | |

DOC 0084 (Eff. 9/2002)<br>(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender Health Status Transfer Summary

EX # B10

| Transferring Facility: Pontiac Center | Offender Information: Thomas Michael | ID# B77744 |
|---|---|---|
| | Last Name   First Name   MI | |

Date: 4, 20, 06   Time: 445   ☐ a.m. ☑ p.m.

**Transfer Screening** (completed by transferring facility health care staff)   ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

Allergies: NKDA   Food Handler Approved: 12-1-05

Current / Acute Conditions / Problems:

Chronic Conditions / Problems:

**Current Medications** (name, dosage, frequency, and duration):

Acute Short-term:

Chronic Long-term:

Chronic Psychotropic:

**Current Treatments:**

Therapeutic Diets:

Follow-Up Care: Routine

Chronic Clinics:

Specialty Referrals:

Significant Medical History: Tobacco use C intermittent groin pain Enlarged epididymis

Physical Disabilities / Limitations:

Assistive Devices / Prosthetics:   ☐ Glasses   ☐ Dentures

Mental Health Issues:   ☐ Hx Suicide Attempt: Date: / /   ☐ Hx Psych Med   ☐ Hx MPC / STC   Substance Abuse: ☐ Alcohol ☐ Drugs

R & C Use Only:   ☐ LAB   ☐ EKG   ☐ CXR   ☐ Dental   ☐ MEDS   ☐ MH   ☐ Other:   ☐ Packet Complete

D McKinsey   D McKinsey   4, 20, 06
Print Name and Title   Signature   Date

**Reception Screening** (completed by receiving facility health care staff):

Facility: Stat   Date: 4, 26, 06   Time: ☐ a.m. ☐ p.m.

Subjective:   Assessment: FULA

Current Complaint: Ø

Current Medications/Treatment: Ø

Objective:   Plan: Disposition:

Physical Appearance/Behavior: A&Ox3   ☑ Health Information Given   ☐ Emergency Referral:
Slcoren, Durian   ☑ Sick Call:  Urgent / Routine

Deformities: Acute/Chronic: Ø   ☐ Medication Evaluation   ☐ Therapeutic Diet   ☐ Special Housing   ☐ Chronic Clinics
   ☐ Work / Program Limitation   ☐ Specialty Referrals   ☐ Other (specify):
T: 97.6 P: 62   R: 18   B/P: 120, 64   ☐ Infirmary Placement:
   ☐ HIV Test & Counseling Offered (only transfers from R&C)
   ☐ Other (specify):

D Taylor CMT   D Taylor   4, 26, 06
Print Name and Title   Signature   Date

**For Adult Transition Center transfers only:**

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

Offender's Signature   Date   Time   ☐ a.m. ☐ p.m.

Distribution: Offender's Medical Record; Transferring Facility;   DOC 0090 (Rev. 1/2006)
Receiving Facility

EX # B10

**Offender Outpatient Progress Notes**

F 2/3.

_____ STATEVILLE NRC _____ Center

Offender Information:

_____  _____  ___  ID#: _____
Last Name            First Name      MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6-8-06 9:05AM | S I have pain in my groin area it been giving me problem for the last week O pt is Ax0x3 pt has a hx of groin issue in the past A Enlarged Testicle | Profen 800 MDSC |
| | | S Thom |
| 6-9-06 9:40p | MD SC S. Pt. c̄ Hx of Epididymitis c/o slight nidonsme produce swelling of the testicles. O. Ax0x3 Ill. afeb clust / cor - m Abd - zengn G/u - testicles - noted in size & tendons. penis - bnr no discly. A. Normal G/u exam. 3 PRN Chronic font. | R J Mostiy 400 mg po TD-PRN X 2m. 2 BTC-PRN. noted by S Thom |

# RADIOLOGICAL ASSOCIATES OF DECATUR
### 319 EAST MADISON, SUITE 2E
### SPRINGFIELD, IL  62701

**PHONE:  217-753-9323**                                    **FAX:  217-753-9327**

---

**Patient:**        THOMAS, MICHAEL
**DOB:**            Patient.DOB
**Patient #:**      B71744
**Facility:**       PONTIAC CORRECTIONAL CENTER
**Referring Dr.**   LARSON,
**Exam Date:**      2/28/2006

**TESTICULAR SONOGRAM**
    The left epididymis is enlarged. The testicles are normal in size and echogenicity and there is no hydrocele.

**IMPRESSION:**  Enlarged left epididymitis.

Jeffrey Agee, MD

vk

EX # CI

3-12-06

**LabCorp**®

| Specimen # | Control/Req Number | Page # |
|---|---|---|
| 102-520-0314-0 | N3N1280200 | Pg  1 |

| Fasting | Micro Source | Total Urine Volume | Report Status |
|---|---|---|---|
| N/A | | | S / Final |

| Date Collected | Time Collected | Date Entered | Date Reported |
|---|---|---|---|
| 04/12/06 | 09:47 | 04/13/06 | 04/13/06 |

Clinical Information

| Patient ID Number | Patient Phone Number | Patient SSN |
|---|---|---|
| B71744 | | |

Account

Patient Name
THOMAS, MICHAEL   Sex M   Date of Birth 09/05/79

12802032
Pontiac Correctional Center
700 W. Lincoln
Pontiac IL  61764

815-842-2816
PROV:

Patient Address

Comments
PATIENT AGE: 026/07/07

Tests Requested  Urinalysis, Routine

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Urinalysis, Routine | | | | | |
| Urinalysis Gross Exam | | | | | CB |
| Specific Gravity | 1.020 | | | 1.005 - 1.030 | CB |
| pH | 7.5 | | | 5.0 - 7.5 | CB |
| Urine-Color | Yellow | | | Yellow | CB |
| Appearance | Clear | | | Clear | CB |
| WBC Esterase | Negative | | | Negative | CB |
| Protein | Negative | | | Negative/Trace | CB |
| Glucose | Negative | | | Negative | CB |
| Ketones | Negative | | | Negative | CB |
| Occult Blood | Negative | | | Negative | CB |
| Bilirubin | Negative | | | Negative | CB |
| Urobilinogen,Semi-Qn | 0.2 | | mg/dL | 0.0 - 1.9 | CB |
| Nitrite, Urine | Negative | | | Negative | CB |
| Microscopic Examination | | | | | |
|    See below: | | | | | CB |
| WBC | | | | | |
|    None seen | | | /hpf | 0 - 5 | CB |
| RBC | | | | | |
|    None seen | | | /hpf | 0 - 3 | CB |
| Epithelial Cells | | | | | |
|    None seen | | | cells/hpf | 0 - 10 | CB |
| Casts | | | | | |
|    None seen | | | /lpf | None seen | CB |
| Crystals | | | | | |
|    Few amorphous phosphates. | | Abnormal | | N/A | CB |
| Mucus Threads | Few | Abnormal | | None seen | CB |
| Bacteria | | | | | |
|    None seen | | | | None seen/Few | CB |

Lab: CB LabCorp Dublin          Director: Rose Goodwin, MD
     6370 Wilcox Road, Dublin, OH 43016-1296
For inquires, the physician may contact: Branch: 309-663-6451 Lab: 614-889-1061

LAST PAGE OF REPORT

EX # C2

FINAL  REPORT

©2005 Laboratory Corporation of America® Holdings
All Rights Reserved

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

Michael Thomas,                                    )
                                                   )
             Plaintiff,                             )
                                                   )
v.                                                 )       No.     06-3020
                                                   )
Lt. Law, Lt. Marty Winston,                        )
Correctional Officer Kevin Rigg,                   )
Lt. John Doe,                                      )
Correctional Officer John Doe #1,                  )
Correctional Officer John Doe #2,                  )
                                                   )
             Defendants.                            )

## DEFENDANTS' SUPPLEMENTAL RESPONSE TO
## PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS

NOW COME the Defendants, BRYON LAW, MARTY WINSTON, and KEVIN RIGG,

by and through their attorney, Illinois Attorney General Lisa Madigan, and hereby

supplement their response to plaintiff's Request for Production of Documents as follows:

18.      Produce all grievances that plaintiff filed to the ARB since entering IDOC in

         1999 (which should be in master files of plaintiff in custody of IDOC).  Also

         produce all responses from ARB of such grievances.

**RESPONSE:**     Please see enclosed documents Bates-stamped 00001-00245.

21.      Produce any and all legal mail cards or other documentation proving all

         incoming and outgoing legal mail from plaintiff from May 5, 2004 through

         March 20, 2005 while at Western C.C.

**RESPONSE:**     Please see enclosed documents Bates-stamped 00300-00303.

25.      Produce documentation evidencing where Batch and reference numbers

         were mailed off to.  They are as follow:

EX # D1 ( 1 of 3)

a) Batch #302333, check #71812, with description #1215; mailed on 10-28-04 (see EX #8 of Complaint)

b) Batch #329333, check #72113, with description #1556; mailed on 11-24-04 (See EX #9 of Complaint)

c) Batch #102320, check #55128, with description #422561; mailed on 4-12-05 (See EX #15 of Complaint)

d) Batch #102320, check #55128 with description #421006; mailed on 4-12-05 (See EX #15 of Complaint)

e) Batch #102320, check #55128 with description #421820; mailed on 4-12-05 (See EX #15 of Complaint)

**RESPONSE:**   Please see enclosed documents Bates stamped 00300-00303.

Respectfully submitted,

BRYON LAW, MARTY WINSTON, and KEVIN RIGG,

Defendants,

LISA MADIGAN, Attorney General
State of Illinois,

Jacob H. Smith, #6290790
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
(217) 782-9014

Attorney for Defendants,

By: _Jacob H. Smith_____

Of Counsel.

Jacob H. Smith
Assistant Attorney General

2

EX # DI ( 2 of 3)

## CERTIFICATE OF SERVICE

Jacob H. Smith, Assistant Attorney General, hereby certifies that he has served a copy of the foregoing Defendants' Supplemental Response to Plaintiff's Request for Production of Documents upon:

Michael Thomas, #B-71744
Stateville Correctional Center
Route 53, PO Box 112
Joliet, IL 60434

by causing a copy of same, in a correctly addressed prepaid envelope, to be deposited in the United States Mail in Springfield, Illinois on May 10, 2007.

_____
Jacob H. Smith
Assistant Attorney General

EX DI (3 of 3)

Date: 11

Name (print): MICHAEL THOMAS   I.D. No.: B-71744   Housing Unit: R3-D-53

Please pay to: _____

Address: _____

City: _____ State: _____ Zip: _____

The sum of _____ dollars and _____ cents

and charge to my account, for Postage to AFB
please Thank you
_____

☐ APPROVED

☐ NOT APPROVED _____
                  Inmate Signature        ID No.

_____
Assistant Warden/Superintendent/Designee        Witness

**REQUEST FOR PAYMENT OF POSTAGE**

I hereby request and authorize payment of postage for the attached mail.

Michael Thomas
         Inmate Signature

ID No. B71744

**FOR TRUST FUND USE ONLY**

Trust Fund Balance              $ _____
Less amount of payment          $ __60__
Current balance after payment   $ _____

Check No. _____ Date 11/24/0

                  Business Office

**REQUEST FOR PAYMENT OF POSTAGE**

Postage requested
in the amount of    0  dollars  60  cents

☐ Postage Paid      Legal

DC 828 (09/91)

**FOR JUVENILE DIVISION USE ONLY**

Received by: _____
                  (Staff)        Date

Received by: _____
                  (Youth)        Date

IL 426-0207

---

10-26-04

# REQUEST FOR PAYMENT

STATE OF ILLINOIS
DEPARTMENT OF CORRECTIONS

Date: 10-25-20 04

Name (print): MICHAEL THOMAS   I.D. No.: B71744   Housing Unit: R2-B66

Please pay to: _____

Address: _____

City: _____ State: _____ Zip: _____

The sum of _____ dollars and _____ cents

and charge to my account, for Postage to A.R.B
please. Thank you.
_____

☐ APPROVED

☐ NOT APPROVED _____
                  Inmate Signature        ID No.

_____
Assistant Warden/Superintendent/Designee        Witness

**REQUEST FOR PAYMENT OF POSTAGE**

I hereby request and authorize payment of postage for the attached mail.

Michael Thomas
         Inmate Signature

ID No. B 71744

**FOR TRUST FUND USE ONLY**

Trust Fund Balance              $ _____
Less amount of payment          $ _37_
Current balance after payment   $ _____

Check No. _____ Date 10/27/0

                  Business Office

**REQUEST FOR PAYMENT OF POSTAGE**

Postage requested
in the amount of    0  dollars  37  cents

☐ Postage Paid      Legal

DC 828 (09/91)

**FOR JUVENILE DIVISION USE ONLY**

Received by: _____
                  (Staff)        Date

Received by: _____
                  (Youth)        Date

IL 426-0207

EX #D2 (1 of 4)

(05/06/07)

**Western Illinois Correctional Center**
**Trust Fund**
View Transactions

**Inmate: B71744 Thomas, Michael**　　　　　　**Housing Unit: WIL-04-D -53**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| | | | | | Beginning Balance: | | 0.00 |
| 05/14/04 | Mail Room | 04 Intake and Transfers In | 135215 | 50222 | Pontiac C.C. | 1,477.36 | 1,477.36 |
| 05/21/04 | Point of Sale | 60 Commissary | 142719 | 411864 | Commissary | -9.34 | 1,468.02 |
| 06/01/04 | Mail Room | 04 Intake and Transfers In | 153215 | 50513 | Pontiac C.C. | 200.00 | 1,668.02 |
| 06/04/04 | Disbursements | 80 Postage | 156333 | Chk #70178 | 231234 - Dept. Of Corrections | -1.06 | 1,666.96 |
| 06/04/04 | Disbursements | 80 Postage | 156333 | Chk #70178 | 231234 - Dept. Of Corrections | -1.06 | 1,665.90 |
| 06/09/04 | Disbursements | 88 B71744 Photo Copies | 161333 | Chk #70267 | 231362 - Niles Photo Co | -10.00 | 1,655.90 |
| 06/09/04 | Disbursements | 88 B71744 Documents | 161333 | Chk #70268 | 231363 - Tidwell, Randy | -100.00 | 1,555.90 |
| 06/09/04 | Disbursements | 88 B71744 Magazines | 161333 | Chk #70273 | 231365 - Komar Co | -28.00 | 1,527.90 |
| 06/11/04 | Payroll | 20 Payroll Adjustment | 163133 | | P/R month of 05/2004 | 3.74 | 1,531.64 |
| 06/14/04 | Mail Room | 04 Intake and Transfers In | 166215 | 50739 | Pontiac C.C. | 40.00 | 1,571.64 |
| 06/17/04 | Disbursements | 88 B71744 Personal | 169333 | Chk #70341 | 231426 - Tidwell, Randy | -50.00 | 1,521.64 |
| 06/23/04 | Mail Room | 04 Intake and Transfers In | 175215 | 50870 | Pontiac C.C. | 1.36 | 1,523.00 |
| 07/07/04 | Disbursements | 80 Postage | 189333 | Chk #70542 | 231597 - Dept. Of Corrections | -.46 | 1,522.54 |
| 07/07/04 | Disbursements | 84 Library | 189333 | Chk #70544 | 000007 - Dept Of Corrections-M | -1.00 | 1,521.54 |
| 07/12/04 | Point of Sale | 60 Commissary | 194719 | 416358 | Commissary | -224.30 | 1,297.24 |
| 07/16/04 | Payroll | 20 Payroll Adjustment | 198153 | | P/R month of 06/2004 | 10.00 | 1,307.24 |
| 07/19/04 | Point of Sale | 60 Commissary | 201720 | 417118 | Commissary | -43.07 | 1,264.17 |
| 07/22/04 | Disbursements | 88 B71744 Tapes | 204333 | Chk #70725 | 175 - Pack Central, Inc. | -101.50 | 1,162.67 |
| 07/22/04 | Disbursements | 80 Postage | 204333 | Chk #70758 | 142 - Dept. Of Corrections - P | -1.06 | 1,161.61 |
| 07/30/04 | Disbursements | 81 Legal Postage | 212333 | Chk #70830 | 217 - Dept. Of Corrections - P | -.46 | 1,161.15 |
| 08/04/04 | Disbursements | 84 Library | 217333 | Chk #70876 | 300 - Dept Of Corrections-Libr | -.30 | 1,160.85 |
| 08/04/04 | Disbursements | 84 Library | 217333 | Chk #70876 | 331 - Dept Of Corrections-Libr | -3.00 | 1,157.85 |
| 08/04/04 | Disbursements | 81 Legal Postage | 217333 | Chk #70877 | 318 - Dept. Of Corrections - P | -8.05 | 1,149.80 |
| 08/12/04 | Mail Room | 01 MO/Checks (Not Held) | 225216 | 9014 | Pack Central, Inc. | .59 | 1,150.39 |
| 08/13/04 | Payroll | 20 Payroll Adjustment | 226133 | | P/R month of 07/2004 | 7.14 | 1,157.53 |
| 09/03/04 | Point of Sale | 60 Commissary | 247720 | 421852 | Commissary | -29.88 | 1,127.65 |
| 09/03/04 | Disbursements | 88 B71744 Magazines | 247333 | Chk #71235 | 667 - Paper Wings | -5.00 | 1,122.65 |
| 09/13/04 | Payroll | 20 Payroll Adjustment | 257133 | | P/R month of 08/2004 | 3.06 | 1,125.71 |
| 09/13/04 | Disbursements | 84 Library | 257333 | Chk #71257 | 628 - Dept Of Corrections-Libr | -3.00 | 1,122.71 |
| 09/13/04 | Disbursements | 80 Postage | 257333 | Chk #71258 | 564 - Dept. Of Corrections - P | -.37 | 1,122.34 |
| 09/13/04 | Disbursements | 80 Postage | 257333 | Chk #71258 | 615 - Dept. Of Corrections - P | -1.52 | 1,120.82 |
| 09/13/04 | Disbursements | 81 Legal Postage | 257333 | Chk #71258 | 693 - Dept. Of Corrections - P | -3.95 | 1,116.87 |
| 09/13/04 | Disbursements | 81 Legal Postage | 257333 | Chk #71258 | 693 - Dept. Of Corrections - P | -3.95 | 1,112.92 |
| 09/13/04 | Disbursements | 80 Postage | 257333 | Chk #71258 | 667 - Dept. Of Corrections - P | -.37 | 1,112.55 |
| 09/13/04 | Disbursements | 90 Medical Co-Pay | 257333 | Chk #71269 | 670 - Dept Of Corrections-Medi | -2.00 | 1,110.55 |
| 09/15/04 | Disbursements | 88 B71744 Tapes | 259333 | Chk #71329 | 783 - Pack Central, Inc. | -64.00 | 1,046.55 |
| 09/27/04 | Disbursements | 84 Library | 271333 | Chk #71491 | 812, Dept Of Corrections-Libra, Inv. Date: 09/15/2004 | -65.10 | 981.45 |
| 09/27/04 | Disbursements | 81 Legal Postage | 271333 | Chk #71492 | 820, Dept. Of Corrections - Po, Inv. Date: 09/17/2004 | -26.90 | 954.55 |
| 09/27/04 | Disbursements | 90 Medical Co-Pay | 271333 | Chk #71498 | 704, Dept Of Corrections-Medic, Inv. Date: 09/14/2004 | -2.00 | 952.55 |
| 09/27/04 | Disbursements | 80 Postage | 271333 | Chk #71502 | 874, DOC: 523 Fund Reimburseme, Inv. Date: 09/23/2004 | -.37 | 952.18 |
| 09/29/04 | Point of Sale | 60 Commissary | 273768 | 424528 | Commissary | -29.55 | 922.63 |
| 10/08/04 | Payroll | 20 Payroll Adjustment | 282153 | | P/R month of 09/2004 | 10.00 | 932.63 |
| 10/14/04 | Disbursements | 84 Library | 288333 | Chk #71662 | 946, Dept Of Corrections-Libra, Inv. Date: 09/27/2004 | -2.15 | 930.48 |
| 10/14/04 | Disbursements | 84 Library | 288333 | Chk #71674 | 1011, DOC: 523 Fund Reimbursm, Inv. Date: 10/05/2004 | -.60 | 929.88 |
| 10/14/04 | Disbursements | 81 Legal Postage | 288333 | Chk #71674 | 10002, DOC: 523 Fund Reimburse, Inv. Date: 10/04/2004 | -3.95 | 925.93 |
| 10/14/04 | Disbursements | 80 Postage | 288333 | Chk #71674 | 1028, DOC: 523 Fund Reimbursem, Inv. Date: 10/06/2004 | -.37 | 925.56 |
| 10/14/04 | Disbursements | 81 Legal Postage | 288333 | Chk #71674 | 1052, DOC: 523 Fund Reimbursem, Inv. Date: 10/13/2004 | -.37 | 925.19 |

EX #D2 (2 of 4)

# Western Illinois Correctional Center
## Trust Fund
### View Transactions

**Inmate: B71744 Thomas, Michael**                    **Housing Unit: WIL-04-D -53**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| 10/14/04 | Disbursements | 81 Legal Postage | 288333 | Chk #71674 | 948, DOC: 523 Fund Reimburseme, Inv. Date: 09/28/2004 | -1.75 | 923.44 |
| 10/14/04 | Disbursements | 80 Postage | 288333 | Chk #71674 | 956, DOC: 523 Fund Reimburseme, Inv. Date: 09/29/2004 | -.37 | 923.07 |
| 10/14/04 | Disbursements | 80 Postage | 288333 | Chk #71674 | 956, DOC: 523 Fund Reimburseme, Inv. Date: 09/29/2004 | -.37 | 922.70 |
| 10/14/04 | Disbursements | 80 Postage | 288333 | Chk #71674 | 1006, DOC: 523 Fund Reimbursem, Inv. Date: 10/04/2004 | -.37 | 922.33 |
| 10/27/04 | Disbursements | 88 B71744 Docuemnts | 301333 | Chk #71807 | 1242, Legal Management Documen, Inv. Date: 10/27/2004 | -25.00 | 897.33 |
| 10/28/04 | Disbursements | 81 Legal Postage | 302333 | Chk #71812 | 1215, DOC: 523 Fund Reimbursem, Inv. Date: 10/27/2004 | -.37 | 896.96 |
| 10/28/04 | Disbursements | 80 Postage | 302333 | Chk #71812 | 1136, DOC: 523 Fund Reimbursem, Inv. Date: 10/19/2004 | -.37 | 896.59 |
| 10/28/04 | Disbursements | 80 Postage | 302333 | Chk #71812 | 1136, DOC: 523 Fund Reimbursem, Inv. Date: 10/19/2004 | -.37 | 896.22 |
| 10/28/04 | Disbursements | 80 Postage | 302333 | Chk #71812 | 1098, DOC: 523 Fund Reimbursem, Inv. Date: 10/15/2004 | -.37 | 895.85 |
| 11/03/04 | Point of Sale | 60 Commissary | 308719 | 427871 | Commissary | -28.45 | 867.40 |
| 11/12/04 | Payroll | 20 Payroll Adjustment | 317153 | | P/R month of 10/2004 | 10.00 | 877.40 |
| 11/15/04 | Disbursements | 84 Library | 320333 | Chk #71959 | 1279, DOC:  Library Copies,    Inv. Date: 11/01/2004 | -1.20 | 876.20 |
| 11/15/04 | Disbursements | 81 Legal Postage | 320333 | Chk #71975 | 1383, DOC: 523 Fund Reimbursem, Inv. Date: 11/10/2004 | -3.15 | 873.05 |
| 11/15/04 | Disbursements | 81 Legal Postage | 320333 | Chk #71975 | 1309, DOC: 523 Fund Reimbursem, Inv. Date: 11/04/2004 | -.37 | 872.68 |
| 11/24/04 | Disbursements | 84 Library | 329333 | Chk #72112 | 1544, DOC:  Library Copies,    Inv. Date: 11/23/2004 | -.90 | 871.78 |
| 11/24/04 | Disbursements | 81 Legal Postage | 329333 | Chk #72113 | 1556, DOC: 523 Fund Reimbursem, Inv. Date: 11/24/2004 | -.60 | 871.18 |
| 11/24/04 | Disbursements | 80 Postage | 329333 | Chk #72113 | 1554, DOC: 523 Fund Reimbursem, Inv. Date: 11/23/2004 | -.37 | 870.81 |
| 12/01/04 | Point of Sale | 60 Commissary | 336704 | 429973 | Commissary | -202.69 | 668.12 |
| 12/09/04 | Point of Sale | 60 Commissary | 344719 | 431161 | Commissary | -29.62 | 638.50 |
| 12/10/04 | Payroll | 20 Payroll Adjustment | 345133 | | P/R month of 11/2004 | 12.39 | 650.89 |
| 12/14/04 | Disbursements | 84 Library | 349353 | Chk #72307 | 1620, DOC:  Library Copies,    Inv. Date: 12/02/2004 | -1.15 | 649.74 |
| 12/14/04 | Disbursements | 81 Legal Postage | 349353 | Chk #72321 | 1600, DOC: 523 Fund Reimbursem, Inv. Date: 11/29/2004 | -.37 | 649.37 |
| 12/14/04 | Disbursements | 81 Legal Postage | 349353 | Chk #72321 | 1600, DOC: 523 Fund Reimbursem, Inv. Date: 11/29/2004 | -.37 | 649.00 |
| 12/21/04 | Point of Sale | 60 Commissary | 356720 | 432639 | Commissary | -72.25 | 576.75 |
| 12/21/04 | Mail Room | 01 MO/Checks (Not Held) | 356215 | 4804050385 | Trowell, Randy | 50.00 | 626.75 |
| 12/28/04 | Disbursements | 84 Library | 363333 | Chk #72444 | 1860, DOC:  Library Copies,    Inv. Date: 12/21/2004 | -2.55 | 624.20 |
| 12/28/04 | Disbursements | 80 Postage | 363333 | Chk #72447 | 1840, DOC: 523 Fund Reimbursem, Inv. Date: 12/20/2004 | -.46 | 623.74 |
| 12/28/04 | Disbursements | 81 Legal Postage | 363333 | Chk #72447 | 1843, DOC: 523 Fund Reimbursem, Inv. Date: 12/20/2004 | -2.58 | 621.16 |
| 01/03/05 | Point of Sale | 60 Commissary | 003720 | 433029 | Commissary | -28.52 | 592.64 |
| 01/05/05 | Mail Room | 01 MO/Checks (Not Held) | 005215 | 4805781120 | Tidwell, Randy | 50.00 | 642.64 |
| 01/07/05 | Disbursements | 88 B71744 Case No 04-1321 Partial | 007333 | Chk #72557 | 2048, Clerk U.S. District Cour,   Inv. Date: 01/07/2005 | -.84 | 641.80 |
| 01/14/05 | Disbursements | 84 Library | 014333 | Chk #72581 | 2038, DOC:  Library Copies,    Inv. Date: 01/06/2005 | -.60 | 641.20 |
| 01/14/05 | Disbursements | 84 Library | 014333 | Chk #72581 | 1987, DOC:  Library Copies,    Inv. Date: 01/05/2005 | -5.95 | 635.25 |
| 01/14/05 | Disbursements | 81 Legal Postage | 014333 | Chk #72582 | 1926, DOC: 523 Fund Reimbursem, Inv. Date: 12/28/2004 | -.60 | 634.65 |

EX # D 2 ( 3 of 4 )

Date: 5/1/2007    3:06-cv-03020-HAB... CUE # 72    Page 33 of 45

Time: 8:32am

d_list_inmate_trans_statement_composite

**Western Illinois Correctional Center**

**Trust Fund**

View Transactions

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Inmate: B71744 Thomas, Michael** | | | | **Housing Unit: WIL-04-D -53** | | | |

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| 01/14/05 | Disbursements | 81 Legal Postage | 014333 | Chk #72582 | 1985, DOC: 523 Fund Reimbursem, Inv. Date: 01/04/2005 | -5.48 | 629.17 |
| 01/14/05 | Disbursements | 80 Postage | 014333 | Chk #72582 | 2048, DOC: 523 Fund Reimbursem, Inv. Date: 01/07/2005 | -.37 | 628.80 |
| 01/14/05 | Payroll | 20 Payroll Adjustment | 014133 | | P/R month of 12/2004 | 12.00 | 640.80 |
| 01/20/05 | Point of Sale | 60 Commissary | 020720 | 434873 | Commissary | -46.25 | 594.55 |
| 01/27/05 | Disbursements | 84 Library | 027333 | Chk #72803 | 2281, DOC: Library Copies, Inv. Date: 01/24/2005 | -3.15 | 591.40 |
| 01/27/05 | Disbursements | 80 Postage | 027333 | Chk #72804 | 2243, DOC: 523 Fund Reimbursem, Inv. Date: 01/21/2005 | -2.81 | 588.59 |
| 01/27/05 | AP Correction | 80 Postage | 027533 | Chk #72804 Voided | 2243 - DOC: 523 Fund Reimburse | 2.81 | 591.40 |
| 01/27/05 | Disbursements | 80 Postage | 027333 | Chk #72805 | 2243, DOC: 523 Fund Reimbursem, Inv. Date: 01/21/2005 | -2.81 | 588.59 |
| 01/27/05 | AP Correction | 84 Library | 027533 | Chk #72803 Voided | 2281 - DOC: Library Copies | 3.15 | 591.74 |
| 01/27/05 | Disbursements | 84 Library | 027333 | Chk #72806 | 2281, DOC: Library Copies, Inv. Date: 01/24/2005 | -3.15 | 588.59 |
| 01/31/05 | Disbursements | 88 B71744 Gift | 031333 | Chk #72869 | 2340, Cell Shop, Inv. Date: 01/31/2005 | -29.25 | 559.34 |
| 02/01/05 | Point of Sale | 60 Commissary | 032719 | 436349 | Commissary | -22.55 | 536.79 |
| 02/08/05 | Point of Sale | 60 Commissary | 039751 | 437314 | Commissary | -12.77 | 524.02 |
| 02/10/05 | Payroll | 20 Payroll Adjustment | 041133 | | P/R month of 01/2005 | 12.00 | 536.02 |
| 02/14/05 | Disbursements | 80 Postage | 045333 | Chk #73023 | 2340, DOC: 523 Fund Reimbursem, Inv. Date: 01/31/2005 | -.37 | 535.65 |
| 02/15/05 | Point of Sale | 60 Commissary | 046751 | 438135 | Commissary | -33.78 | 501.87 |
| 03/02/05 | Point of Sale | 60 Commissary | 061704 | 439667 | Commissary | -32.05 | 469.82 |
| 03/11/05 | Payroll | 20 Payroll Adjustment | 070133 | | P/R month of 02/2005 | 12.00 | 481.82 |
| 03/16/05 | Disbursements | 84 Library | 075333 | Chk #73419 | 2783, DOC: Library Copies, Inv. Date: 03/07/2005 | -2.55 | 479.27 |
| 03/16/05 | Disbursements | 81 Legal Postage | 075333 | Chk #73430 | 2812, DOC: 523 Fund Reimbursem, Inv. Date: 03/08/2005 | -2.12 | 477.15 |
| 03/16/05 | Disbursements | 90 Medical Co-Pay | 075333 | Chk #73430 | 2806, DOC: 523 Fund Reimbursem, Inv. Date: 03/08/2005 | -.50 | 476.65 |
| 03/24/05 | Disbursements | 99 Transfer Inmate | 083353 | Chk #73554 | Pontiac Correctional Center, Inv. Date: 03/24/2005 | -476.65 | .00 |
| 04/15/05 | Payroll | 20 Payroll Adjustment | 105153 | | P/R month of 03/2005 | 10.50 | 10.50 |
| 04/22/05 | Disbursements | 99 Transfer Inmate | 112333 | Chk #73851 | Pontiac Correctional Center, Inv. Date: 04/22/2005 | -10.50 | .00 |
| 01/12/06 | AP Correction | 88 B71744 Docuemnts | 012550 | Chk #71807 Voided | 1242 - Legal Management Docume | 25.00 | 25.00 |
| 09/13/06 | Disbursements | 99 Transfer Inmate | 256333 | Chk #79293 | Stateville Correctional Center, Inv. Date: 09/13/2006 | -25.00 | .00 |

| | |
|---|---|
| **Total Inmate Funds:** | .00 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | .00 |
| **Funds Available:** | .00 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

EX # D2 ( 4 of 4 )

STATE OF ILLINOIS    )
                       )SS                    EX # EI

COUNTY OF        )

## AFFIDAVIT

I, Justin Jordan do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts:

I AM a inmate in Pontiac Correctional Center. When I First was transfered here I was not seen by Medical Staff as soon as I got here. I later Found out that Pontiac Medical Staff Falsely said that they "screened" me as soon as I got here, but I never saw anyone. Staff at Pontiac are always putting False information in Report's and lying on inmate's.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 20 day of September 2007.

EX # EI

#R43361

Justin Jordan
Affiant

STATE OF ILLINOIS )
)SS                         EX # E2
COUNTY OF )

## AFFIDAVIT

I, Joseph Dostal #K-04617 do hereby declare and affirm that the following
information within this affidavit is true and correct in substance and in facts:

I am currently an inmate at Pontiac. When I first got to
Pontiac I was not allowed to see any medical staff for a
couple of months (5) and my lawyer had to call docial here to do
that otherwise they wouldnot have seen me. As soon as I got
out of the bus I was first of all hit by staff (orange crush)
Then taken to a cell filled with urine where I stayed for four
days. I was hit in the cell too. I constantly tried to see a doctor
for the bruises on my side they kept denying me. I also have
psycall problems they denied me attention until the call from
my lawyer. Prison officials will always say were o.k. after
they beat us up then they deny us treatment. They even let
inmates kill themselves back here. In all honesty I fear for my
life I have yet to be treated by medical staff going on 6 months

* Also medical staff lied and said that they saw me when I first
got here and said I was fine when I never saw them for
4 or 5 months

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of
perjury, that everything contained herein is true and accurate to the best of my knowledge
and belief. I do declare and affirm that the matter at hand is not taken either frivolously or
maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 18th day of September, 2007.

EX # E2

Joseph Dostal              K04617
                                      Affiant

STATE OF ILLINOIS )
)SS
COUNTY OF )

EX # E3

## **AFFIDAVIT**

I, *Exson, Mack* do hereby **declare and affirm that the following information within this affidavit is true and correct in substance and in facts:**

Today on 3-16-06, I EXSON, B-56938 heard Inmate Thomas and several other Inmates, have a conversation with Med-Tech Birkel about medical staff members at Pontiac C.C. denying him & others medical treatment. Inmate Thomas told Birkel that he had been having testicle pain and that staff members were aware of this but had not gave him treatment. Inmate Thomas said that he had given Med-Tech Birkel and a couple other Med-tech's P-96's to pay for the examination but that he still has not been seen. Birkel told Thomas that he didn't have control over the incident because they don't have enough staff members. Birkel said it wasn't his problem or fault. Other Inmates were also saying they had tried to get treatment and Birkel told them the same thing. Birkel then stated well it aint my fault or something like that and walked off while other Inmates were calling his name still trying to get medical treatment.

**Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.**

Signed on this 16th day of March, 2006.

Mack A. Exson B-56938

Mack A. Exson   Affiant

EX # E3

# Affidavit

I, <u>Melvin Jones #B05973</u>, declare under the penalty of perjury, and under oath state that: I have been denied medical treatment as other inmates at Pontiac Correctional Center by Correctional Medical Technicians Birkel, Douglas Brown and Young. I and other inmates have given these CMTs P-96 forms so that money may be deducted from our trust fund accounts for the purchase of much needed medicines and sick call. The P-96 forms that we gave them were disregarded and not turned in to be processed. As a result of this denial of medical treatment and staff misconduct we have suffered enduring medical complications. A number of problems have issued from this problem.

1. I have been incarcerated in Pontiac Correctional Center for the last seven years.

2. That I have made my voice heard in relation to prison authorities ignoring and denying us inmates medical treatment on many occations

3. That I have brought this to the attention of the warden and previous warden as well as medical personel, guards, and the counselors from this institution.

4. That I have voiced my opinion or filed grievan-

ces about poor medical services at this facility, to resolve this problem.

5. That I have not voiced my opinion or filed grievances about poor medical services at this facility to irritate, harass or to annoy prison employees but have done so to improve the care provided by supposedly competent and licensed health care providers.

6. That recently, I have heard inmate Thomas, complain to medical personel about pain he has been having, which, according to conversations he has had with staff members, have been ongoing for quite some time.

7. Inmate Thomas spoke to medical technician Birkel about his condition again today, March 16 2006, and Birkel appeared to be unconcerned about Thomas' complaints of pain because Birkel told him "he didn't know why he (Thomas) hadn't been seen by a doctor" but then Birkel stated that he doesn't remember if he told the doctor about Thomas' condition.

8. Med-tech Birkel also told Thomas and some other inmates complaining about not getting treatment, that the Health Care Unit was allegedly "understaffed" and that they weren't providing too much treatment.

9. I'm filing this affidavit because it appears from Birkel's statement and conversation

with inmate Thomas and the other inmates
that prison officials and prison medical perso-
nel are putting limitations on our medical
needs and the treatment needed as human
beings.

10. Thomas has not offended these medical
staff members or disrespected them in any
form or fashion and nor has the other inmates
requesting medical treatment done so.

11. Prison officials are just closing their eyes
and disregarding inmates complaints for
treatment, although they appear to be hav-
ing serious medical complications and are in
pain.

This affidavit is made in a respectful
manner to obtain justice for the above
stated events and to improve the overall
quality of health care that is being ignor-
ed by prison officials. This affidavit is sta-
ted under oath and under the penalty of
perjury pursuant to 28 USC 1746, 18 USC
1621 and 735 ILCS 5/1-109

Signed on this 16th day of March 2006

Melvin Jones # B-05973

Melvin Jones # B-05973

Ex # E4 (3 of 3)

3:06-cv-03020-HAB-CHE   # 72   Page 40 of 45

LEGAL MAIL CARD
**OUTGOING AND INCOMING LEGAL MAIL CARD**

*F-02-13*

THOMAS, MICHAEL
B71744

| ORGANIZATION | OUTGOING | INCOMING |
|---|---|---|
| CK CTY PUB DEF<br>69 W WASHINGTON CHGO,IL | | 05/22/06-7/13/06- |
| US DIST CRT/CIR CLK<br>100 N.E. MONROE PEORIA,IL | 5/23/06-6/2/06P-6/8/06P-<br>6/9/06P-6/15/06(2P)-<br>6/17/06P- | |
| CLERK<br>160 N LASALLE ST CHGO,IL | 5/12/06P- | |
| ATTY GEN<br>500 S SECOND ST SPFD, IL | 6/2/06P-6/9/06P-6/17/06P- | 5/9/06-5/15/06P- |
| CLERK<br>50 W WASHINGTON (DALEY CRT)<br>CHGO,IL | 6/17/06P- | |
| CLERK<br>600 E MONROE ST 151 US CRTHS<br>SPFD,IL | 6/2/06P- | |
| JUDGE<br>59 W WASHINGTON DALEY CTR<br>CHGO,IL | 5/12/06P- | |
| PUB DEF (BANK)<br>2650 S CALIFORNIA CHGO,IL | 5/12/06P- | |
| HEYL ROYSTER,VOELKER &ALLEN<br>THERESA M. POWELL ATTY<br>1 NORTH OLD STE CAPITOL PLZ<br>PO BOX 1687<br>SPFD, IL | 7/13/06(2P)-6/17/06P- | 5/9/06-5/15/06P- |

END OF CARD

EX # F1

recommendations to the Chief Administrative Officer for resolution of the grievance.

c) An offender may be afforded an opportunity to appear before the Grievance Officer unless the grievance is deemed without merit. The Officer may call witnesses as deemed appropriate.

d) The Grievance Officer shall consider the grievance and report his or her findings and recommendations in writing to the Chief Administrative Officer. The Chief Administrative Officer shall advise the offender of the decision in writing within 2 months after receipt of the written grievance, where reasonably feasible under the circumstances. Responses to duplicate grievances on issues that are currently being grieved may be combined in one response.

(Source: Amended at 27 Ill. Reg. 6214, effective May 1, 2003)

Section 504.840 Emergency Procedures

An offender may request a grievance be handled on an emergency basis by forwarding the grievance directly to the Chief Administrative Officer.

a) If the Chief Administrative Officer determines that there is a substantial risk of imminent personal injury or other serious or irreparable harm to the offender, the grievance shall be handled on an emergency basis.

b) The Chief Administrative Officer shall expedite processing of the grievance and respond to the offender, indicating what action shall be or has been taken.

(Source: Amended at 27 Ill. Reg. 6214, effective May 1, 2003)

Section 504.850 Appeals

a) If, after receiving the response of the Chief Administrative Officer, the offender still feels that the problem, complaint or grievance has not been resolved to his or her satisfaction, he or she may appeal in writing to the Director within 30 days after the date of the decision. Copies of the Grievance Officer's report and the Chief Administrative Officer's decision should be attached.

b) The Director shall review the grievance and the responses of the Grievance Officer and Chief Administrative Officer and shall determine whether the grievance requires a hearing before the Administrative Review Board. If it is determined that the grievance is without merit or can be resolved without a hearing, the offender shall be advised of this disposition, in writing.

Ex # 61



c) An Administrative Review Board shall be appointed by the Director. One member of the Board may be a citizen from the community. A Department member shall be designated as chairperson.

d) The Administrative Review Board shall meet as frequently as necessary and may schedule hearings on grievances. Hearings may be conducted in person or via video or telephonic conference. The Board may call witnesses or examine records at its discretion.

e) The Administrative Review Board shall submit to the Director a written report of its findings and recommendations.

f) The Director shall review the findings and recommendations of the Board and make a final determination of the grievance within 6 months after receipt of the appealed grievance, where reasonably feasible under the circumstances. The offender shall be sent a copy of the Director's decision.

g) In those instances where an offender is appealing a grievance determined by the Chief Administrative Officer to be of an emergency nature, the Administrative Review Board shall expedite processing of the grievance.

(Source: Amended at 27 Ill. Reg. 6214, effective May 1, 2003)

Section 504.860 Records

Records regarding the filing and disposition of grievances shall be maintained in the offender's master file.

(Source: Amended at 27 Ill. Reg. 6214, effective May 1, 2003)

Section 504.870 Direct Review by Administrative Review Board

a) Offenders shall submit grievances directly to the Administrative Review Board when grieving:

1) Decisions regarding protective custody placement, including continued placement in or release from protective custody.

2) Decisions regarding the involuntary administration of psychotropic medication.

3) Decisions regarding disciplinary proceedings that were made at a facility other than the facility where the offender is currently assigned.

4) Other issues except personal property issues that pertain to a facility other than the facility where the offender is currently assigned.



20 ILLINOIS ADMINISTRATIVE CODE        CH. I, SEC. 504
SUBCHAPTER e

Section 504.805  Responsibilities

a)  Unless otherwise specified, the Director or Chief Administrative Officer may delegate responsibilities stated in this Subpart to another person or persons or designate another person or persons to perform the duties specified.

b)  No other individual may routinely perform duties whenever a Section in this Subpart specifically states the Director or Chief Administrative Officer shall personally perform the duties. However, the Director or Chief Administrative Officer may designate another person or persons to perform the duties during periods of his or her temporary absence or in an emergency.

(Source: Amended at 22 Ill. Reg. 1206, effective January 1, 1998)

Section 504.810  Filing of Grievances

a)  An offender shall first attempt to resolve incidents, problems, or complaints other than complaints concerning disciplinary proceedings through his or her counselor. If an offender is unable to resolve the complaint informally or if the complaint concerns a disciplinary proceeding, the individual may file a written grievance on a grievance form that shall be made available in all living units. A grievance shall be filed within 60 days after the discovery of the incident, occurrence, or problem that gives rise to the grievance. However, if an offender can demonstrate that a grievance was not timely filed for good cause, the grievance shall be considered. The grievance procedure shall not be utilized for complaints regarding decisions that are outside the authority of the Department, such as parole decisions, clemency, or orders regarding length of sentence or decisions that have been rendered by the Director.

b)  The grievance form shall be addressed to the Grievance Officer and shall be deposited in the living unit mailbox or other designated repository. The grievance shall contain factual details regarding each aspect of the offender's complaint including what happened, when, where, and the name of each person who is the subject of or who is otherwise involved in the complaint. This provision does not preclude an offender from filing a grievance when the names of individuals are not known, but the offender must include as much descriptive information about the individual as possible.

c)  Staff assistance shall be available as requested by those offenders who cannot prepare their grievances unaided as determined by institutional staff.

1)  All offenders shall be entitled to file grievances regardless of their disciplinary status or classification.

20 ILLINOIS ADMINISTRATIVE CODE        CH. I, SEC. 504
SUBCHAPTER e

2)  Each facility shall take reasonable steps to ensure that the grievance procedure is accessible to offenders who are impaired, disabled, or unable to communicate in the English language.

d)  Offenders shall be informed of the grievance procedure at the admitting facility and may request further information regarding the procedure from their counselors.

1)  The written procedure shall be available to all offenders.

2)  An offender unable to speak or read the English language may request that the procedure be explained in the individual's own language.

(Source: Amended at 27 Ill. Reg. 6214, effective May 1, 2003)

Section 504.820  Grievance Officer

a)  The Chief Administrative Officer shall appoint 2 or more employees who may serve as a Grievance Officer to attempt to resolve problems, complaints, and grievances that offenders have been unable to resolve through routine channels.

b)  No person who is directly involved in the subject matter of the grievance or who was a member of the Adjustment Committee that heard a disciplinary report concerning the grievance may serve as the Grievance Officer reviewing that particular case.

(Source: Amended at 27 Ill. Reg. 6214, effective May 1, 2003)

Section 504.830  Grievance Procedures

a)  A Grievance Officer shall review grievances at least weekly, provided that one or more grievances have been filed. Grievances on issues that are deemed without merit may be returned to the sender without further investigation. No merit grievances include grievances that:

1)  Have previously been addressed for which there is no additional information, or

2)  Are on issues that do not involve or affect the offender.

b)  The Grievance Officer shall promptly submit a copy of any grievance alleging discrimination based on disability or a request for an accommodation based upon disability to the facility ADA Coordinator. The facility ADA Coordinator shall conduct such investigation as deemed appropriate and make written

State Police, and Sheriff's Offices and Police Departments in the State of Illinois;

9) John Howard Association; and

10) Legal mail.

g) "Outgoing privileged mail" means mail to the following:

1) The Director;

2) Associate Director, Chiefs, Deputy Directors, Deputy Chiefs, and Assistant Deputy Directors of the Department;

3) Department attorneys;

4) Members of the Administrative Review Board;

5) Members of the Prisoner Review Board;

6) The Governor of Illinois;

7) Federal or Illinois legislators;

8) Chief Executive Officers of the Federal Bureau of Investigation, the Drug Enforcement Administration, the Criminal Division of the Department of Justice, the United States Customs Service, the Secret Service, the Illinois State Police, and Sheriff's Offices and Police Departments in the State of Illinois;

9) John Howard Association;

10) Clerks of courts or of the Illinois Court of Claims; and

11) Legal mail.

h) "Legal mail" means mail to and from the following:

1) Registered Attorneys, except Department attorneys;

2) The Illinois Attorney General;

3) Judges or magistrates of any court or the Illinois Court of Claims Judges; and



4) Any organization which provides direct legal representation to offenders, but not including organizations which provide referrals to attorneys, such as bar associations.

i) "Offender" means a person committed to the Department or to the custody of the Department.

(Source: Amended at 27 Ill. Reg. 8039, effective July 1, 2003)

Section 525.115 Responsibilities

a) Unless otherwise specified, the Director or Chief Administrative Officer may delegate responsibilities stated in this Subpart to another person or persons or designate another person or persons to perform the duties specified.

b) No other individual may routinely perform duties whenever a Section in this Subpart specifically states the Director or Chief Administrative Officer shall personally perform the duties. However, the Director or Chief Administrative Officer may designate another person or persons to perform the duties during periods of his or her temporary absence or in an emergency.

(Source: Amended at 20 Ill. Reg. 15960, effective January 1, 1997)

Section 525.120 Processing of Mail

a) Mail shall be delivered and posted promptly.

b) Offenders may correspond with anyone in the free community in accordance with this Subpart without prior written approval of the Chief Administrative Officer, except with employees, former employees, or releasees of the Department. Permission for offenders to correspond between intra-state and inter-state correctional facilities shall require the approval of the Chief Administrative Officers of both facilities and shall be based on safety and security concerns.

c) Each facility shall establish procedures in cooperation with the local post office for processing certified or registered mail. To send certified or registered mail, offenders must have sufficient funds in their trust fund accounts and must attach to the envelopes signed money vouchers so that the proper postage may be applied and the amount deducted from their trust fund accounts.

d) Offenders shall not be permitted to open, read, or deliver another offender's mail without the person's permission. However, offenders may transport mail in sacks or other closed containers under the direct supervision of an employee.



EX # 62

e)  No disciplinary restrictions shall be placed on an offender's mail privileges.

(Source: Amended at 27 Ill. Reg. 8039, effective July 1, 2003)

**Section 525.130  Outgoing Mail**

This Section applies to all correctional facilities within the Department.

a)  Offenders shall be permitted to send privileged and non-privileged letters at their own expense. Offenders with insufficient money in their trust fund accounts to purchase postage shall be permitted to send reasonable amounts of legal mail and mail to clerks of any court or the Illinois Court of Claims, to certified court reporters, to the Administrative Review Board, and to the Prisoner Review Board at State expense if they attach signed money vouchers authorizing deductions of future funds to cover the cost of the postage. The offender's trust fund account shall be restricted for the cost of such postage until paid or the offender is released or discharged, whichever is soonest.

b)  Offenders must clearly mark all outgoing mail with their name and in adult facilities with their institutional number. Mail that is not properly marked, including privileged mail, shall be opened and returned to the sender if the sender's identity can be determined. If the sender's identity cannot be determined, the mail shall be destroyed.

c)  Outgoing privileged mail must be clearly marked as "privileged" and sealed by the offender. Outgoing mail which is clearly marked as privileged and addressed to a privileged party may not be opened for inspection except as provided in subsection (d) of this Section.

d)  In adult facilities, outgoing privileged mail shall be examined for dangerous contraband, using an x-ray, fluoroscope, or other similar device. Such examination may be conducted in juvenile facilities. Outgoing privileged mail may be inspected for dangerous contraband by other means which do not damage the mail and which do not permit the mail to be read. Except in an emergency, outgoing privileged mail shall not be opened, unless there is reasonable suspicion that dangerous contraband is contained therein, legal services is consulted, and the mail is opened in the offender's presence.

e)  With the exception of privileged mail, all mail shall be unsealed when collected or placed in housing unit mailboxes. Sealed mail that is not privileged will be opened and returned to the sender if the sender's identity can be determined. If the sender's identity cannot be determined, the mail shall be destroyed.

f)  Each correctional facility shall establish procedures for the collection of outgoing mail. Collections shall be made daily, Monday through Friday, except on State holidays. Every effort shall be made to ensure that mail is delivered to the U.S. Postal Service on the same day.

g)  Outgoing non-privileged mail shall be inspected for contraband. If a letter from an offender is confiscated because it contains contraband, the offender shall be notified promptly in writing.

h)  Department employees may spot check and read outgoing non-privileged mail. Outgoing non-privileged mail or portions thereof may be reproduced or withheld from delivery if it presents a threat to security or safety, including the following:

1)  The letter contains threats of physical harm against any person or threats of criminal activity;

2)  The letter contains threats of blackmail or extortion;

3)  The letter contains information regarding sending contraband into or out of the facility, plans to escape, or plans to engage in criminal activity;

4)  The letter is in code and its contents cannot be understood by correctional staff;

5)  The letter violates any departmental rules or contains plans to engage in activities in violation of departmental or institutional rules;

6)  The letter solicits gifts, goods, or money from other than family members;

7)  The letter contains information which, if communicated, might result in physical harm to another;

8)  The letter contains unauthorized correspondence with another offender; or

9)  The letter or contents thereof constitute a violation of State or federal law.

i)  Any outgoing letter may be stopped and returned to the sender if the person to whom it is addressed (or a parent or guardian, if the addressee is a minor or incompetent) has notified the Chief Administrative Officer in writing that the person does not wish to receive mail from the offender. This rule shall not be construed to prevent offenders from corresponding with their children unless their parental rights have been terminated.

Ex # 63

**Clark, Michelle R.**

| | |
|---|---|
| **From:** | Clark, Michelle R. |
| **Sent:** | Monday, October 01, 2007 3:48 PM |
| **To:** | 'prisoner.springfield@ilcd.uscourts.gov' |
| **Subject:** | e-filing from Pontiac Correctional Center to be scanned |

Today Pontiac's law library received for e-filing **Plaintiff's Response to Defendants Motion for Summary Judgment** [3 pages], **Memorandum of Law in Support of Plaintiff's Response to Defendant Motion for Summary Judgment** [47 pages], **Certificate of Service** [1 page] and **affidavits/exhibits** [49 pages] from offender Michael Thomas B71744 in case #06-3020.

Please note that a few of the exhibits are double-sided.

*Michelle Clark, DOC Legal Services*
*Pontiac Correctional Center*