E-FILED
Monday, 10 December, 2007   04:22:45 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| Michael Thomas, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   06-3020 |
| | ) | |
| Lt. Law, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

NOW COMES Lisa Madigan, Attorney General of the State of Illinois, by Kelly R. Choate, Assistant Attorney General, State of Illinois, and hereby enters her appearance as additional counsel for Defendants, Bryon Law, Marty Winston, Kevin Rigg, Jeff Zeeck, Kent Johnson, John Hamilton, Mark Haubrich, and Willie Hedden, in the above cause.

Respectfully submitted,

BRYON LAW, MARTY WINSTON, KEVIN RIGG, JEFF ZEECK, KENT JOHNSON, JOHN HAMILTON, MARK HAUBRICH, and WILLIE HEDDEN,

Defendants,

LISA MADIGAN, Attorney General,
State of Illinois

Attorney for Defendants,

By:   s/Kelly R. Choate
      Kelly R. Choate, #6269533
      Assistant Attorney General
      500 South Second Street
      Springfield, IL 62706
      Telephone:  (217) 782-9026
      Facsimile:  (217) 524-5091
      kchoate@atg.state.il.us

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2007, I electronically filed the foregoing Entry of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that on December 10, 2007, I mailed by United States Postal Service, the document to the following non-registered participant:

Michael Thomas, B-71744
Pontiac Correctional Center
P.O. Box 99
Pontiac, IL   61764

Respectfully submitted,

s/Kelly R. Choate
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-9026
Facsimile:  (217) 524-5091
kchoate@atg.state.il.us