### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | |
|---|---|
| Michael Thomas, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.   06-3020 |
| | ) |
| Lt. Law, Lt. Marty Winston, | ) |
| Correctional Officer Kevin Rigg, | ) |
| Lt. John Doe, | ) |
| Correctional Officer John Doe #1, | ) |
| Correctional Officer John Doe #2, | ) |
| | ) |
| Defendants. | ) |

## MOTION TO AMEND ORDER

NOW COME the defendants, Bryon Law, Marty Winston, Kevin Rigg, Mark Haubrich, John Hamilton, and Willie Hedden, by and through their attorney, Illinois Attorney General Lisa Madigan, and hereby move the Court to amend its order of March 4, 2008 as follows:

1.  On February 20, 2008, a pretrial conference was held in this matter. During a discussion of plaintiff's witness list, he indicated he wished to call the Warden of Pontiac Correctional Center, Eddie Jones, to testify as to log book procedures. The defendants objected, stating that many employees with less demands on their time than the warden could testify as to those procedures. The defendants stated that Jones would not appear unless subpoenaed.

2.  A second pretrial conference was conducted on February 29, 2008. During a second review of plaintiff's witness list, the defendants again objected to producing Warden Jones without a subpoena. The court directed the defendants to arrange for Jones' appearance by video.

3. The undersigned has contacted Pontiac Correctional Center regarding this matter. Warden Jones will not be at Stateville Correctional Center to testify by video. He has no direct knowledge of this case, is not a party, has not been subpoenaed and has no information that cannot be produced by other witnesses. Warden Jones did not start working at Pontiac until April 2006. March 2005 is the time period relevant to this case.

4. The defendants have arranged for Les Andor to appear to testify by video from Dwight Correctional Center at the time designated for Warden Jones' testimony. Les Andor is familiar with the intake procedures at Pontiac Correctional Center and can provide the information plaintiff has indicated he wanted from Warden Jones.

For the above and foregoing reasons, the defendants respectfully move this Court to amend its order of March 4, 2008 to allow the defendants to produce Les Andor as a witness rather than Warden Jones to appear by video from Dwight Correctional Center.

Respectfully submitted,

Bryon Law, Marty Winston, Kevin Rigg,
Mark Haubrich, John Hamilton, and
Willie Hedden,

Defendants,

LISA MADIGAN, Attorney General
State of Illinois,

Attorney for Defendants,

By:   s/Christopher L. Higgerson
      Christopher L. Higgerson, #6256085
      Attorney for Defendants
      Assistant Attorney General
      500 South Second Street
      Springfield, IL  62706
      Telephone:  (217) 557-0261
      Facsimile:  (217) 524-5091
      chiggerson@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| Michael Thomas, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.    06-3020 |
| | ) | |
| Lt. Law, Lt. Marty Winston, | ) | |
| Correctional Officer Kevin Rigg, | ) | |
| Lt. John Doe, | ) | |
| Correctional Officer John Doe #1, | ) | |
| Correctional Officer John Doe #2, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2008, I electronically filed a Motion to Amend Order with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

and I hereby certify that on March 11, 2008, I mailed by United States Postal Service, the document to the following non-registered participant:

Michael Thomas, #B-71744
Pontiac Correctional Center
700 West Lincoln Street
PO Box 99
Pontiac, IL 61764

Respectfully submitted,
 s/Christopher L. Higgerson
Christopher L. Higgerson, #6256085
Attorney for Defendants
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 557-0261
Facsimile:  (217) 524-5091
chiggerson@atg.state.il.us