06-3020

Thomas v Law

We, the jury, find in favor of each of the defendants and against the plaintiff.

| s/ Juror | s/ Juror |
|---|---|
| s/ Juror | s/ Juror |
|  | s/ Juror |
|  | s/ Juror |
|  | s/ Juror |
| s/ Juror | s/ Foreperson |
|  | FOREPERSON |

**FILED**

MAR 1 4 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS