## United States District Court
### Central District of Illinois

# JUDGMENT IN A CIVIL CASE

MICHAEL THOMAS,
Plaintiff,

vs.                                                                                   Case Number: **06-3020**

**BYRON LAW, ET AL,**
**Defendants.**

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that on March 13, 2008, defendant Kevin Rigg, was dismissed under Rule 50 judgment as a matter of law.

   **IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of all the defendants and against the plaintiff.   The parties shall bear their own costs.

ENTER this 14th day of March 2008.

s/PAMELA E. ROBINSON, CLERK
PAMELA E. ROBINSON, CLERK

s/K. Wynn
BY:  DEPUTY CLERK