# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### OFFICE OF THE CLERK

KENNETH A. WELLS
CLERK OF COURT

TEL: 217.492.4020
FAX: 217.492.4028

December 28, 2017

Jacob H. Smith
Kelly R. Choate
Illinois Attorney General
500 S. Second Street
Springfield, IL 62706

RE:   Michael Thomas v. Lt Law et al; 06-cv-3020

Dear Attorneys:

Defendants' March 2008 jury trial exhibits admitted in the above case are currently in the possession of the Clerk's Office in Springfield, Illinois and need to be removed from our vault. It is your responsibility to retrieve these exhibits.

**Please make arrangements to retrieve the exhibits from the above-referenced case by January 19, 2018, or notify the Division Manager that they can be destroyed**. Thank you for your prompt attention to this matter.

Sincerely,

KENNETH A. WELLS, CLERK
U.S. DISTRICT COURT

BY:   Michelle Eddings
        Division Manager